**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **BJRP LLC** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Moxie the Restaurant**<br>**DBA  Red the Steakhouse** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **90-0219304** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**3355 Richmond Rd.**<br>**Beachwood, OH 44122**<br>Number, Street, City, State & ZIP Code<br><br>**Cuyahoga**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

Check all that apply:

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
                      Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

           Contact name _____

           Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

.  Check one:

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **BJRP LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 28, 2018**
           MM / DD / YYYY

**X** **/s/ Brad Friedlander**                         **Brad Friedlander**
Signature of authorized representative of debtor          Printed name

Title    **CEO**

---

**18. Signature of attorney**

**X** **/s/ Richard A. Baumgart (0002664)**        Date   **September 28, 2018**
Signature of attorney for debtor                           MM / DD / YYYY

**Richard A. Baumgart (0002664)**
Printed name

**Dettelbach, Sicherman & Baumgart**
Firm name

**55 Public Square, 21st Floor**
**Cleveland, OH 44113-1902**
Number, Street, City, State & ZIP Code

Contact phone   **216-696-6000**       Email address   **rbaumgart@dsb-law.com**

**(0002664) OH**
Bar number and State

**RESOLUTION**
**OF**
**BJRP LLC**


At a Special Meeting of the members of BJRP LLC held at Cleveland, Ohio, on the _____ day of September, 2018, the undersigned being all of the members of the above Ohio limited liability company do take and adopt the following by our written consent:

WHEREAS, this company appears to be insolvent and presently unable to meet its obligations as they fall due, and

WHEREAS, the business of this company can no longer be conducted without obtaining relief under Title 11 of the United States Code, entitled "Bankruptcy".

NOW THEREFORE, it is resolved that this company engage the services of and his law firm, Dettelbach, Sicherman & Baumgart, LLC the members and associated of such Law Firm being duly licensed and qualified to practice law in the United States Bankruptcy Court for the Northern District of Ohio and to represent this corporation and to commence proceedings for and on behalf of this company pursuant to Chapter 11 of Title 11 of the United States Code.

IT IS FURTHER RESOLVED that this company forthwith proceed to file a Petition under Chapter 11 of Title 11 of the United States Code and to seek relief thereunder as therein provided and permitted.

IT IS FURTHER RESOLVED that the undersigned being all of the members of this company be and either of them hereby is authorized to sign any and all papers and documents that may be deemed by him or the above designated attorneys to be necessary for the purposes above stated, and in all other regards act for an on behalf of this company in such proceedings.


_____          _____
Brad Friedlander                                      Peter Vauthy

**Fill in this information to identify the case:**

Debtor name   **BJRP LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 28, 2018**    *X* **/s/ Brad Friedlander**
                                     Signature of individual signing on behalf of debtor

                                       **Brad Friedlander**
                                       Printed name

                                       **CEO**
                                       Position or relationship to debtor

Debtor name **BJRP LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF OHIO**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advance American Business Solutions Colonial Funding Network 211-D Bulifants Boulevard Williamsburg, Virgina | | Loan | Disputed | $492,000.00 | $0.00 | $492,000.00 |
| Bank of Cardiff 12626 High Bluff Dr Suite 370 San Diego, CA 92130 | 18882340166 | Guaranty of Equipment Lease for Red Steakhouse Indianapolis | Contingent Unliquidated Disputed | | | $83,600.00 |
| Bank Of Cardiff/Amux (Axis) 12626 High Bluff Dr Suite 370 San Diego, CA 92130 | 18882340166 | Guaranty of Equipment Lease for Red Steakhouse Indianapolis | Contingent Unliquidated Disputed | | | $68,279.82 |
| Bank of Cardiff/Blue Bridge 12626 High Bluff Dr Suite 370 San Diego, CA 92130 | 1-888-234-0166 | Guaranty of Equipment Lease fo rRed Steakhouse Indianapolis | Contingent Unliquidated Disputed | | | $78,064.00 |
| BBF / Financial Pacific 3455 South 344th Way Suite 300 Federal Way, WA 98001 | 18004477107 | Guarnty of Equipment Lease for Red Steakhouse Indianapolis | Contingent Unliquidated Disputed | | | $109,405.42 |
| Blue Ribbon P O Box 932074 Cleveland, OH 44193 | Mike Radis 216-631-8850 | Merchandise | | | | $92,387.73 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | BJRP LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Buckingham, Doolittle & Burroughs, LLC 3800 Embassy Parkway Suite 300 Akron, OH 44333 | Michael Ellis 330-376-5300 | Legal services | | | | $36,754.80 |
| Catanese Classic 1600 Merwin Avenue Cleveland, OH 44113 | John Catanese 216-696-0080 | Merchandise | | | | $54,529.69 |
| CIT Vendor Finance One CIT Drive Livingston, NJ 07039 | | Guaranty Equipment Leases | Contingent Unliquidated Disputed | | | $33,360.78 |
| CIT Vendor Finance One CIT Drive Livingston, NJ 07039 | | Affiliate Equipment Leases | Contingent Unliquidated Disputed | | | $33,110.09 |
| Equity Planning, Inc 3355 Richmond Road Beachwood, OH 44122 | Bonnie Reinberg 216-595-0780 | Delinquent Rent for business lease | Disputed | | | $120,000.00 |
| Huntington Tech Finance 2285 Franklin Rd Bloomfield, MI 48302 | 248-339-1504 | Guaranty of Equipment Lease - Red Steakhouse Pittsburgh | Contingent Unliquidated Disputed | | | $245,112.00 |
| Lease Corp/Amur 3150 Livernois Rd Suite 300 Troy, MI 48083 | 800-994-0016 | Gauranty of Equipment Lease for 811 Cleveland, LLC | Contingent Unliquidated Disputed | | | $78,408.66 |
| Premier Produce 4500 Willow Pkwy Cuyahoga Falls, OH 44125 | Tony Anselmo 216-391-4565 | Merchandise | | | | $62,801.28 |
| Skoda,Minotti 6685 Beta Drive Mayfield Village, OH 44143 | Mike Minotti 440-449-6800 | Accounting Services | | | | $56,000.04 |
| Susquehanna 2 Great Valley Pkwy Suite 300 Malvern, PA 19355 | 800-532-0354 | Equipment Lease for BJRP | Contingent Unliquidated | $45,226.23 | $11,306.56 | $33,919.67 |
| Sysco Food P O Box 94570 Cleveland, OH 44101-9804 | Joe Bahhur 216-201-3239 | Merchandise | | | | $56,929.62 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tower IV LLC 6140 Parkland Blvd., Suite 300 Mayfield Heights, Ohio 44124-0000** | **Joe LoConti** **216-469-4216** | **Blanket lien** | | **$960,000.00** | **$442,000.00** | **$518,000.00** |
| **Vend Lease 8100 Sandpiper Cir Suite 300 Baltimore, MD 21236** | **888-363-5327** | **Guaranty of Equipment Lease REd Steakhouse Indianapolis** | **Contingent Unliquidated Disputed** | | | **$74,923.80** |
| **Vend Lease 8100 Sandpiper Cir Suite 300 Baltimore, MD 21236** | **888-363-5327** | **Guaranty of Equipment Lease - 811 Clevelnd, LLC** | **Contingent Unliquidated Disputed** | | | **$45,896.48** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **BJRP LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*..........................................................................................    $          **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.......................................................................................    $      **442,000.00**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.........................................................................................    $      **442,000.00**

**Part 2:**   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $   **1,793,359.27**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $       **1,116.24**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$   **1,707,967.82**

4.   **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b        $   **3,502,443.33**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **BJRP LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | People;'s Bank checking - amount varies but amount shown is average balance | Checking | 3250 | $32,000.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      | $32,000.00 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
| --- | --- | --- | --- | --- | --- |
| 11b. Over 90 days old: | 2,565,000.00 | - | 2,565,000.00 | =.... | $0.00 |

12.     **Total of Part 3.**                                                    | $0.00 |

        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 19.  **Raw materials** **Food, beer, liquor and wine - varies on a daily basis** | Weekly | $0.00 | Recent cost | $92,000.00 |

20.     **Work in progress**

21.     **Finished goods, including goods held for resale**

22.     **Other inventory or supplies**

23.     **Total of Part 5.**                                                    | $92,000.00 |

        Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|--------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Office furniture, fixtures, leaseholld<br>improvements equipment and restaurant<br>equipment - depreciated book value is<br>approximately $774,000 - actual market value<br>is substantially less.** | $774,000.00 | Liquidation | $300,000.00 |

**51.    Total of Part 8.**                                                                    $300,000.00
Add lines 47 through 50.  Copy the total to line 87.

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.    Internet domain names and websites** | | | |
| **62.    Licenses, franchises, and royalties** | | | |
| **63.    Customer lists, mailing lists, or other compilations** | | | |

| 64. | Other intangibles, or intellectual property | | | | |
| | **Tradenames, liquor license and goodwill** | $18,000.00 | **Tax records** | | $18,000.00 |

| 65. | **Goodwill** |
|---|---|

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.    **$18,000.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$32,000.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$92,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$300,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$18,000.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$442,000.00** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$442,000.00** |

**RRG InterCompany Transfers**            8/5/2018

**IC AR/(AP) Summary**

| | RRG | BJRP | RSB | Red Boca | Red Dtown | 811 | Red Indy | Red Pitt | |
|---|---|---|---|---|---|---|---|---|---|
| **RRG** | | $ 1,740,276 | $ 327,681 | $ (2,503,983) | $ 119,738 | $ (796,595) | $ (951,692) | $ (480,688) | $ 2,545,263 |
| **BJRP** | $ (1,740,276) | | $ (419,351) | $ (1,139,563) | $ 744,970 | $ 38,907 | $ 13,554 | $ (52,535) | $ 2,554,294 |
| **RSB** | $ (327,681) | $ 419,351 | | $ (4,000) | $ 699,360 | $ (19,977) | $ 59,022 | $ (34,000) | $ (792,076) |
| **Red Boca** | $ 2,503,983 | $ 1,139,563 | $ 4,000 | | $ 367,019 | $ 12,000 | $ 25,100 | $ - | $ (4,051,666) |
| **Red Dtown** | $ (119,738) | $ (744,970) | $ (699,360) | $ (367,019) | | $ (148,439) | $ 23,548 | $ (58,000) | $ 2,113,979 |
| **811** | $ 796,595 | $ (38,907) | $ 19,977 | $ (12,000) | $ 148,439 | | $ 77,000 | $ - | $ (991,104) |
| **Red Indy** | $ 951,692 | $ (13,554) | $ (59,022) | $ (25,100) | $ (23,548) | $ (77,000) | | $ 50,000 | $ (803,467) |
| **Red Pitt** | $ 480,688 | $ 52,535 | $ 34,000 | $ - | $ 58,000 | $ - | $ (50,000) | | $ (575,223) |
| **IC AR/(AP) Balance** | $ 2,545,263 | $ 2,554,294 | $ (792,076) | $ (4,051,666) | $ 2,113,979 | $ (991,104) | $ (803,467) | $ (575,223) | |
| **IC AR/(AP)** | $ 2,545,263 | $ 2,554,294 | $ (792,076) | $ (4,051,666) | $ 2,113,979 | $ (991,104) | $ (803,467) | $ (575,223) | |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |

**Change Since 7.8.18**

| | RRG | BJRP | RSB | Red Boca | Red Dtown | 811 | Red Indy | Red Pitt |
|---|---|---|---|---|---|---|---|---|
| **RRG** | | $ 205,000 | $ (40,000) | $ - | $ (50) | $ (4,135) | $ (87,000) | $ (33,000) |
| **BJRP** | $ (205,000) | | $ 11,100 | $ - | $ 14,006 | $ - | $ - | $ - |
| **RSB** | $ 40,000 | $ (11,100) | | $ - | $ - | $ - | $ - | $ - |
| **Red Boca** | $ - | $ - | $ - | | $ - | $ - | $ - | $ - |
| **Red Dtown** | $ 50 | $ (7,003) | $ - | $ - | | $ - | $ - | $ - |
| **811** | $ 4,135 | $ - | $ - | $ - | $ - | | $ - | $ - |
| **Red Indy** | $ 87,000 | $ - | $ - | $ - | $ - | $ - | | $ - |
| **Red Pitt** | $ 33,000 | $ - | $ - | $ - | $ - | $ - | $ - | |
| **Cash (received)/Provided** | $ (40,815) | $ 186,897 | $ (28,900) | $ - | $ 13,956 | $ (4,135) | $ (87,000) | $ (33,000) |

Fill in this information to identify the case:

Debtor name     **BJRP LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF OHIO

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Advance American Business Solutions** | | | |
|---|---|---|---|---|

| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $492,000.00 | $0.00 |
|---|---|---|---|---|

**Colonial Funding Network
211-D Bulifants Boulevard
Williamsburg, Virgina**

Creditor's mailing address

**Loan**

**Describe the lien**
**3rd Position blanket lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/18/2018**

**Last 4 digits of account number**
**3571**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.2 | **American Express Bank** | **Describe debtor's property that is subject to a lien** | $269,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Blanket lien**

**c/o: Datamark Inc. Attn:
Merchant Financ
43 Butterfield Circle
El Paso, TX 79906**

Creditor's mailing address

**Describe the lien**
**2nd blanket lien position**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/1/2018**

**Last 4 digits of account number**
**0800**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Banc of California** | Describe debtor's property that is subject to a lien | $27,133.04 | $6,783.26 |
|---|---|---|---|---|

Creditor's Name

**1920 Main Street**
**Suite 1140**
**Irvine, CA 92614**
Creditor's mailing address

**Equipment Leases**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**8/10/2015**
**Last 4 digits of account number**
**5738**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 | **Susquehanna** | Describe debtor's property that is subject to a lien | $45,226.23 | $11,306.56 |
|---|---|---|---|---|

Creditor's Name

**2 Great Valley Pkwy**
**Suite 300**
**Malvern, PA 19355**
Creditor's mailing address

**Equipment Leases**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**8/10/2015**
**Last 4 digits of account number**
**4724**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.5 | **Tower IV LLC** | Describe debtor's property that is subject to a lien | $960,000.00 | $442,000.00 |
|---|---|---|---|---|

Creditor's Name

**6140 Parkland Blvd., Suite 300**
**Mayfield Heights, Ohio 44124-0000**
Creditor's mailing address

**Blanket lien**

**Describe the lien**

**1st Blanket lien position**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

_____

Creditor's email address, if known

**Date debt was incurred**

**6/1/2018**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| 3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $1,793,359.27 |

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor name    **BJRP LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**AGAPITO, JUAN**<br>**3426 OLD GREEN RD APT 101**<br>**BEACHWOOD, OH 44122** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**ALMEDA, LEAN KARLO**<br>**1106 Piermont Rd**<br>**South Euclid, OH 44121** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ANDERSON, KIMBERLY**
**215 Gilliland Place**
**Pittsburgh, OH 15202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**BALDO, RUFINA**
**3798 NORTHWOOD RD**
**UNIVERSITY HEIGHTS, OH 44118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**BALLOU, MICHAEL**
**1250 Riverbed St**
**Cleveland, OH 44113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**BALSER, AUSTIN**
**12809 Willard Ave**
**Garfield Hts, OH 44125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**BARONI, ALEXANDER**
**1277 IROQUOIS AVE**
**MAYFIELD HTS, OH 44124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2018** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**BLAIR, ANDREW**
**17703 Libby Rd**
**Maple Hts, OH 44137**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2018** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**BROOKS, ADAM**
**1420 RICHMOND RD**
**LYNDHURST, OH 44124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2018** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**BROWN, ALEXANDRA**
**133 Chatham Way**
**Mayfield Hts, OH 44124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2018** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

| | | | |
|---|---|---|---|
| 2.11 | Priority creditor's name and mailing address<br>**CAMPANELLA, ANGELA**<br>**2013 WEST 58TH STREET**<br>**CLEVELAND, OH 44102** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**  **$0.00** |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.12 | Priority creditor's name and mailing address<br>**CAPRIATO, ANTHONY**<br>**13450 CEDAR RD APT 20**<br>**CLEVELAND HEIGHTS, OH 44118** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**  **$0.00** |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.13 | Priority creditor's name and mailing address<br>**CARPENTER, MARGARET**<br>**19601 MONTEREY AVENUE**<br>**EUCLID, OH 44119** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**  **$0.00** |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.14 | Priority creditor's name and mailing address<br>**Central Collection Agency**<br>**1701 Lakeside Avenue**<br>**Cleveland, OH 44114-1118** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**  **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Listed for Precaution** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**CHIN, MAXWELL**
**526 BUCKINGHAM DRIVE**
**AURORA, OH 44202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018** | **Wages** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**COX, CHRISTOPHER**
**1562 BRADFORD DRIVE**
**MACEDONIA, OH 44056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018** | **Wages** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Cuyahoga County Auditor**
**2079 East Ninth Street**
**Cleveland, OH 44115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Listed for Precaution** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Cuyahoga County Fiscal Officer**
**2079 East Ninth Street**
**Cleveland, OH 44115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Listed for Precaution** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Marjorie Davis**<br>**7575 Boyden Rd.**<br>**Northfield, OH 44067** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Possible Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **DAVIS, NICHOLAS**<br>**13350 Cedar Acres Dr**<br>**Chesterland, OH 44026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **DICK, MEGAN**<br>**14519 Cedar Rd**<br>**South Euclid, OH 44122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Division of Taxation**<br>**1701 Lakeside Avenue**<br>**Cleveland, OH 44114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Listed for Precaution** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.23 | Priority creditor's name and mailing address<br>**DOYLE, DANIEL**<br>**4596 W PROSPECT**<br>**MANTUA, OH 44255** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address<br>**ESPLANDIU-MCDERMOTT,**<br>**MARISSA**<br>**11205 Hidden Springs Dr**<br>**Chardon, OH 44024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address<br>**EVANS-ROSKOS, REINE**<br>**8065 SPRINGER DR**<br>**KIRTLAND, OH 44094** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address<br>**FRANKLIN, BRIAN D**<br>**4226 WILMINGTON RD**<br>**SOUTH EUCLID, OH 44121** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|-----------------------------------------------|-----------------------------------------------|-------------|-----------|

**FRANZ, ANDREW**
**5904 Fleet Ave**
**Cleveland, OH 44105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|-----------------------------------------------|-----------------------------------------------|-------------|-----------|

**FRIEDLANDER, ALEXANDRA**
**30076 Bolingbrook Rd.**
**Pepper Pike, OH 44124**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|-----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Brad Friedlander**
**30076 Bolingbrook Rd.**
**Cleveland, OH 44124**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Possible wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|-----------------------------------------------|-----------------------------------------------|-------------|-----------|

**GATES, MATTHEW**
**7246 WRIGHT AVE**
**BEDFORD, OH 44146**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|------|------|------|------|------|
| | **GOODWIN, BRIAN E**<br>**1663 DOUGLAS RD**<br>**WICKLIFFE, OH 44092** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|------|------|------|------|------|
| | **GRANOT, DEAN**<br>**26301 Annesley Rd**<br>**Beachwood, OH 44122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|------|------|------|------|------|
| | **GREEN, JOSEPH**<br>**117 EAST COTTAGE ST**<br>**CHAGRIN FALLS, OH 44022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **$0.00** |
|------|------|------|------|------|
| | **GREENWALD, MASON**<br>**2687 DERBYSHIRE RD**<br>**CLEVELAND HEIGHTS, OH 44106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|---------------------------------------------|-----------------------------------------------|-------------|-------------|
| | **Jonathan Gross**<br>**25151 Margot Court**<br>**Beachwood, OH 44122** | *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**2018**

Basis for the claim:
**Possible Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|---------------------------------------------|-----------------------------------------------|-------------|-----------|
| | **HALL, HARRY**<br>**4910 EAST 95TH STREET**<br>**GARFIELD HEIGHTS, OH 44125** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|---------------------------------------------|-----------------------------------------------|-------------|-----------|
| | **HARNETT, JOAN**<br>**226 N MAIN STREET**<br>**CHAGRIN FALLS, OH 44022** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|---------------------------------------------|-----------------------------------------------|-------------|-----------|
| | **HARRIS III, RONNIE**<br>**2026 W 44th St**<br>**Cleveland, OH 44113** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|------|---------------------------------------------|-----------------------------------------------|---------|-------|

**HARRISON, RICHARD**
**1382 Summit Dr**
**Mayfield Hts, OH 44124**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|------|---------------------------------------------|-----------------------------------------------|---------|-------|

**HELD, JAMES**
**1347 CHURCHILL ROAD**
**LYNDHURST, OH 44124**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|------|---------------------------------------------|-----------------------------------------------|---------|-------|

**HERBERTH, JOSHUA A**
**9914 CRESTWOOD DR**
**TWINSBURG, OH 44087**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|------|---------------------------------------------|-----------------------------------------------|---------|-------|

**HOLDER, ALFONZ**
**1871 BRUSHVIEW DR**
**RICHMOND HTS, OH 44143**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|-----|-----|-----|-----|

Priority creditor's name and mailing address
**HRISKO, MICHELLE**
**1760 CHELMSFORD RD**
**MAYFIELD HEIGHTS, OH 44124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | | | **Unknown** | **$0.00** |
|------|--|--|-----|-----|

Priority creditor's name and mailing address
**HUFNAGLE, BRANDON**
**19601 Pawnee Ave**
**Cleveland, OH 44119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | | | **Unknown** | **$0.00** |
|------|--|--|-----|-----|

Priority creditor's name and mailing address
**HUMMER, MARGARET**
**2116 COTTINGHAM DR**
**LYNDHURST, OH 44124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | | | **$0.00** | **$0.00** |
|------|--|--|-----|-----|

Priority creditor's name and mailing address
**Internal Revenue Service**
**Department of the Treasury**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Listed for Precaution**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7317**
**Philadelphia, PA 19101-7317**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Listed for Precaution**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☛ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**ATTENTION:  SPECIAL**
**PROCEDURES**
**Insolvency Group 3**
**1240 E. 9th Street, Room 457**
**Cleveland, OH 44199-2001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Listed for Precaution**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☛ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**JACKSON, DA ONDRE**
**9251 HOAGH APT 201**
**CLEVELAND, OH 44106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☛ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**JOHNSON, KINDRA**
**6030 Brookside Dr**
**Brooklyn, OH 44144**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☛ No
☐ Yes

| 2.51 | Priority creditor's name and mailing address **JONES, NICOLAS** 5268 Hickory Rd Lyndhurst, OH 44124 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |

| | Date or dates debt was incurred **2018** | Basis for the claim: **Wages** |
|---|---|---|
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |

| 2.52 | Priority creditor's name and mailing address **KINCAID, QUENTEN** 1545 E 195th St Euclid, OH 44117 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |

| | Date or dates debt was incurred **2018** | Basis for the claim: **Wages** |
|---|---|---|
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |

| 2.53 | Priority creditor's name and mailing address **KRONE, MARCIA** 27621 CHAGRIN BLVD APT 403 CLEVELAND, OH 44122 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |

| | Date or dates debt was incurred **2018** | Basis for the claim: **Wages** |
|---|---|---|
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |

| 2.54 | Priority creditor's name and mailing address **KUCZMA, JULIAN** 183 East Washington St Chagrin Falls, OH 44022 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |

| | Date or dates debt was incurred **2018** | Basis for the claim: **Wages** |
|---|---|---|
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**LANG JR, JOSEPH**
**1229 Mohegan Trail**
**Willoughby, OH 44094**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**LANG, JOSEPH**
**1445 EAST 222ND ST APT 4**
**EUCLID, OH 44117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**LEFEBVRE, MICAH**
**11849 CLIFTON BLVD Apt C231**
**LAKEWOOD, OH 44107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**LEIDLEIN, JAMES**
**2384 WARRENSVILLE CENTER RD**
**UNIVERSITY HEIGHTS, OH 44118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.59 | Priority creditor's name and mailing address<br>**LEONARD, KRISTINE**<br>**6646 MONTEREY DR**<br>**MAYFIELD HTS, OH 44124** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.60 | Priority creditor's name and mailing address<br>**LIPTAY JR, KENNETH**<br>**5620 Snow Rd**<br>**Parma, OH 44129** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.61 | Priority creditor's name and mailing address<br>**LUCAS, ANTHONY**<br>**1615 W WALLINGS RD**<br>**BROADVIEW HEIGHTS, OH 44147** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.62 | Priority creditor's name and mailing address<br>**MAGBIE JR, JEFFREY**<br>**3332 EAST 145TH ST**<br>**Cleveland, OH 44120** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |

**MAGBIE, JASHON**
**3332 East 145th St**
**Cleveland, OH 44120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |

**MAGEE, TIMOTHY**
**1629 CREST RD**
**CLEVELAND HTS, OH 44121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |

**MAGUIRE, MICHEAL**
**1042 Allston Rd**
**Cleveland Hts, OH 44121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **$0.00** |

**MALNAR, STACIE**
**38232 UNION STREET**
**WILLOUGHBY, OH 44094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.67 | Priority creditor's name and mailing address<br>**MATHIS, HANAEL**<br>**449 Eddy Rd**<br>**Cleveland, OH 44108** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address<br>**MATTHEWS, HARRISON**<br>**1524 EAST 118TH STREET**<br>**CLEVELAND, OH 44106** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address<br>**MIHESAN, JOY**<br>**14083 HOLLAND**<br>**BROOKPARK, OH 44142** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address<br>**MILLER, AMANDA L**<br>**7753 BLACKFORD DRIVE**<br>**CHAGRIN FALLS, OH 44022** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | |
|---|---|---|
| 2.71 | Priority creditor's name and mailing address<br>**MORRIS, KRISTY**<br>**9470 HINSDALE DR**<br>**CHARDON, OH 44024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: | **Unknown** | **$0.00**

| | |
|---|---|
| Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

---

| | | |
|---|---|---|
| 2.72 | Priority creditor's name and mailing address<br>**MYERS, MELISSA**<br>**1662 LONGWOOD DR**<br>**MAYFIELD HEIGHTS, OH 44124** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Unknown** | **$0.00**

| | |
|---|---|
| Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

---

| | | |
|---|---|---|
| 2.73 | Priority creditor's name and mailing address<br>**NETTLES, EARL E**<br>**4615 WOODLAND AVE APT 1138**<br>**CLEVELAND, OH 44104** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Unknown** | **$0.00**

| | |
|---|---|
| Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

---

| | | |
|---|---|---|
| 2.74 | Priority creditor's name and mailing address<br>**NOUFER, ABRAM**<br>**4118 LOGANS WAY**<br>**PERRY, OH 44081** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Unknown** | **$0.00**

| | |
|---|---|
| Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

| 2.75 | Priority creditor's name and mailing address<br>**Ohio Bureau of Workers Compensation**<br>**Attn: Law Section Bankruptcy Unit**<br>**P.O. Box 15567**<br>**Columbus, OH 43215-0567** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Listed for Precaution** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.76 | Priority creditor's name and mailing address<br>**Ohio Dept. of Jobs & Family Services**<br>**Attn: Collections Dept.**<br>**P.O. Box 182404**<br>**Columbus, OH 43218-2404** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Listed for Precaution** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.77 | Priority creditor's name and mailing address<br>**Ohio Dept. of Jobs & Family Services**<br>**Office of Legal Services**<br>**30 East Broad Street - 31st Floor**<br>**Columbus, OH 43215** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Listed for Precaution** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.78 | Priority creditor's name and mailing address<br>**Ohio Dept. of Taxation**<br>**Attn: Bankruptcy Division**<br>**P.O. Box 530**<br>**Columbus, OH 43216-0530** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Listed for Precaution** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|--------------|---------|---------|---------|

**PALMERI, GINA M**
**7535 MAYFIELD ROAD**
**CHESTERLAND, OH 44026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|--------------|---------|---------|---------|

**PASQUARELLA, JOSEPH**
**17600 DETROIT AVE Apt 111**
**LAKEWOOD, OH 44107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|--------------|---------|---------|---------|

**PEAK, LEARRON**
**3659 E 117ST**
**CLEVELAND, OH 44105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|--------------|---------|---------|---------|

**PETRONE, RYAN**
**17195 Penny Lane**
**Chagrin Falls, OH 44023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.83 | Priority creditor's name and mailing address<br>**POOLE, JUNE E**<br>**6795 KIRKWOOD DRIVE**<br>**MENTOR, OH 44060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.84 | Priority creditor's name and mailing address<br>**POTONAK, LILY**<br>**5153 SHEPHERDS GLEN**<br>**WILLOUGHBY, OH 44094** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.85 | Priority creditor's name and mailing address<br>**PRYOR, COLIN**<br>**4109 Bushnell Rd**<br>**University Hts, OH 44118** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.86 | Priority creditor's name and mailing address<br>**RADFORD, JACK**<br>**29325 EDGEDALE RD**<br>**PEPPER PIKE, OH 44124** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**RADFORD, MASON**
**29325 EDGEDALE RD**
**PEPPER PIKE, OH 44124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**RAPP, DUNCAN**
**6749 CEDARWOOD TRACE**
**MIDDLEBURG HEIGHTS, OH 44130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Krystal Ratcliffe**
**2574 Friar Dr.**
**Cleveland, OH 44134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Possilble wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Regional Income Tax Agency**
**10107 Brecksville Road**
**Brecksville, OH 44141**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Listed for Precaution**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,116.24 | $0.00 |
|---|---|---|---|---|
| | **Regional Income Tax Agency**<br>**P.O. Box 94951**<br>**Cleveland, OH 44101-4951** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**9/1/17 - 9/12/18** | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number **3042** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **REMINICK, JAIMIE**<br>**2031 E 228TH STREET**<br>**EUCLID, OH 44117** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **REMINICK, LAUREN**<br>**6566 IROQUOIS TRAIL**<br>**MENTOR, OH 44060** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **RITER, FREDERIC C**<br>**530 TIOGA TRAIL**<br>**WILLOUGHBY, OH 44094** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.95 | Priority creditor's name and mailing address<br>**ROBINSON, ALFRED**<br>**8961 SW 208 Terrace**<br>**Cutler Bay, OH 33189** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.96 | Priority creditor's name and mailing address<br>**RODRIGUEZ, OBISPO**<br>**3102 ARCHWOOD AVE APT 302**<br>**CLEVELAND, OH 44109** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.97 | Priority creditor's name and mailing address<br>**ROGERS, EDGAR C**<br>**3659 E 117ST**<br>**CLEVELAND, OH 44105** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.98 | Priority creditor's name and mailing address<br>**ROMAN, ALEXANDER**<br>**1602 CASTLE AVE**<br>**CLEVELAND, OH 44113** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.99 | Priority creditor's name and mailing address<br>**RYDER, SARAH**<br>**5699 SHAWNEE DRIVE**<br>**LYNDHURST, OH 44124** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.100 | Priority creditor's name and mailing address<br>**SAVELLI, LISA**<br>**10297 CHRISTINA DRIVE**<br>**KIRTLAND, OH 44094** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.101 | Priority creditor's name and mailing address<br>**Angelica Sbai**<br>**34580 Law Rd.**<br>**Grafton, OH 44044** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Possible wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.102 | Priority creditor's name and mailing address<br>**SCHUENEMAN, MARK**<br>**5915 RIDGEWOOD AVE**<br>**PARMA, OH 44129** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**SHACKLEFORD, DARRYL**
**25000 ROCKSIDE APT 527**
**BEDFORD, OH 44146**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**SHORTS, DANIEL**
**3999 East 147th St**
**Cleveland, OH 44105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**SRNOVRSNIK, KATIE M**
**1300 W 9TH ST**
**CLEVELAND, OH 44113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of Ohio c/o Attorney General**
**Collection Enforcement Section**
**Attn: Bankruptcy Staff**
**150 E. Gay St., 21st Floor**
**Columbus, OH 43215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Listed for Precaution**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**2.107** Priority creditor's name and mailing address

**SULZER, SUMMER**
**90 FARWOOD DR**
**MORELAND HILLS, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.108** Priority creditor's name and mailing address

**TALARCZYK, PATRICIA**
**5596 MEADOW WOOD BLVD**
**LYNDHURST, OH 44124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.109** Priority creditor's name and mailing address

**TERRY, STEPHANIE**
**1042 Allison Rd**
**Cleveland Hts, OH 44121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.110** Priority creditor's name and mailing address

**TOTH, BRADFORD**
**30301 Barjode Rd**
**Willowick, OH 44095**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | | |
|--|--|--|--|
| 2.111 | Priority creditor's name and mailing address<br>**TYLKA, TIMOTHY A**<br>**105007 LAKE AVE Apt 406**<br>**CLEVELAND, OH 44102** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** $0.00 |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|--|--|--|--|
| 2.112 | Priority creditor's name and mailing address<br>**U.S.A. - c/o U.S. Atty. Gen.**<br>**Main Justice Building**<br>**10th & Constitution Aves., NW**<br>**Washington, DC 20535** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Listed for Precaution** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|--|--|--|--|
| 2.113 | Priority creditor's name and mailing address<br>**U.S.A. - c/o U.S. District Atty.**<br>**Carl B. Stokes U.S. Court House**<br>**801 West Superior Ave., Suite 400**<br>**Cleveland, OH 44113-1852** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Listed for Precaution** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|--|--|--|--|
| 2.114 | Priority creditor's name and mailing address<br>**UMANSKY, JEREMY**<br>**2850 EAST DERBYSHIRE RD**<br>**CLEVELAND HTS, OH 44118** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** $0.00 |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

        Name

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**URSETTI, PAIGE**
**3880 Wiltshire Rd**
**Moreland Hills, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**VANCUREN, MICHAEL**
**24000 EDGEHILL DR**
**BEACHWOOD, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**VOJTKOFSKY, DONALD**
**5920 HIGHLAND RD**
**CLEVELAND, OH 44143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | $0.00 |
|---|---|---|---|---|

**WASHINGTON, SHERWIN**
**3759 Salisbury St**
**South Euclid, OH 44121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**WILLIAMS, DERRICK**
**17203 WALDEN AVE**
**CLEVELAND, OH 44128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**WILLIAMS, DONALD**
**22471 Arms Ave**
**Euclid, OH 44123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**WILLIAMS, RAMON**
**3332 EAST 145TH KINSMAN**
**CLEVELAND, OH 44108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**WOLFORD, HANNAH**
**452 Bishop Rd**
**Highland Hts, OH 44143**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.123 | Priority creditor's name and mailing address<br>**WOOLF, KATHLEEN**<br>**20982 South Woodland Ave**<br>**Shaker Hts, OH 44122** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.124 | Priority creditor's name and mailing address<br>**ZWEIG, ALEXA**<br>**30640 Stillwater Lane**<br>**Solon, OH 44139** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**5 Star Refrigeration**<br>**PO Box 263**<br>**2502 Wildwood Rd**<br>**Wildwood, PA 15091** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$0.00** |
| | Date(s) debt was incurred <u>9/1/17 - 9/12/18</u><br>Last 4 digits of account number <u> </u> | Basis for the claim: <u>Listed for precaution - Pittsburgh Debt</u><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**600 GS Prop LP**<br>**DEPT CGS-40**<br>**PO BOX 558**<br>**WAYNE, NJ 07474-9803** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$0.00** |
| | Date(s) debt was incurred <u>9/1/17 - 9/12/18</u><br>Last 4 digits of account number <u> </u> | Basis for the claim: <u>Listed for precaution - Pittsburgh Debt</u><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.3 | Nonpriority creditor's name and mailing address<br>**811 Cleveland LLC**<br>**3355 Richmond Rd.**<br>**Beachwood, OH 44122** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred <u> </u><br>Last 4 digits of account number <u> </u> | Basis for the claim: <u>Listed for Precaution</u><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address<br>**A. Martini & Co.**<br>**320 Grant Ave.**<br>**Verona, PA 15147** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred  **9/1/17 - 9/12/18** | Basis for the claim:  **Listed for precaution - Pittsburgh Debt** | |
| | Last 4 digits of account number  **___** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address<br>**Abco**<br>**P O Box 931933**<br>**Cleveland, OH 44193** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred  **9/1/17 - 9/12/18** | Basis for the claim:  **Merchandise** | |
| | Last 4 digits of account number  **7702** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address<br>**Accubar**<br>**1301 Dove Street, Ste 300**<br>**Newport Beach, CA 92660** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$80.00** |
|---|---|---|---|
| | Date(s) debt was incurred  **9/1/17 - 9/12/18** | Basis for the claim:  **Merchandise** | |
| | Last 4 digits of account number  **1177** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address<br>**Acendex, Inc.**<br>**Commerce Park V**<br>**23250 Chagrin Blvd., #200**<br>**Cleveland, OH 44122** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,038.46** |
|---|---|---|---|
| | Date(s) debt was incurred  **9/1/17 - 9/12/18** | Basis for the claim:  **Merchandise** | |
| | Last 4 digits of account number  **___** | | |

| 3.8 | Nonpriority creditor's name and mailing address<br>**Adcom**<br>**1370 W. 6th St 3rd Fl**<br>**Cleveland, OH 44113** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred  **9/1/17 - 9/12/18** | Basis for the claim:  **Listed for precaution - Indianapolis Debt** | |
| | Last 4 digits of account number  **___** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address<br>**Adcom Group**<br>**1370 W 6th St 3rd Floor**<br>**Cleveland, OH 44113** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred  **9/1/17 - 9/12/18** | Basis for the claim:  **Listed for precaution - Red South Beach debt** | |
| | Last 4 digits of account number  **___** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address<br>**Advance Merchant Finance 1**<br>**433 N Camden D., Ste 810**<br>**Beverly Hills, CA 90210** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred  **4/18/2018** | Basis for the claim:  **Listed for Precaution - believed to be creditor of Red South Beach LLC** | |
| | Last 4 digits of account number  **___** | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **BJRP LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Advantage Water Cond Inc**
**5348 Victory Dr Ste B**
**Indianapolis, IN 46203**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred  __9/1/17 - 9/12/18__

Last 4 digits of account number  __

Basis for the claim:  __Listed for precaution - Indianapolis Debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,120.21 |
|---|---|---|---|

**Adventure Chrysler Jeep**
**36845 Euclid Avenue**
**Willoughby, OH 44094**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  __9/1/17 - 9/12/18__

Last 4 digits of account number  __

Basis for the claim:  __Merchandise__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Airways Cleaning & Fireproofing Co., Inc**
**4720 Oakes Rd. Suite E**
**Davie, FL 33314**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred  __9/1/17 - 9/12/18__

Last 4 digits of account number  __

Basis for the claim:  __Listed for precaution - Red South Beach debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Albert Uster Imports**
**P. O. Box 79107**
**Baltimore, MD 21279-0107**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred  __9/1/17 - 9/12/18__

Last 4 digits of account number  __0001__

Basis for the claim:  __Listed for precaution - Red South Beach debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $617.87 |
|---|---|---|---|

**Albert Uster Imports, Inc.**
**P O Box 79107**
**Baltimore, MD 21279-0107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  __9/1/17 - 9/12/18__

Last 4 digits of account number  __

Basis for the claim:  __Merchandise__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alsco**
**1415 NW 21st Terrace**
**Miami, FL 33142**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred  __9/1/17 - 9/12/18__

Last 4 digits of account number  __6152__

Basis for the claim:  __Listed for precaution - Red South Beach debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.22 |
|---|---|---|---|

**Anson Mills**
**PO Box 50408**
**Columbia, SC 29250**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  __9/1/17 - 9/12/18__

Last 4 digits of account number  __

Basis for the claim:  __Merchandise__

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Asia International, Inc.**
**Account Receivable & Payable**
**555 Parkcenter Drive Suite 110**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  9/1/17 - 9/12/18

Basis for the claim:  Listed for precaution - Red South Beach debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASV Services**
**27801 Euclid Ave.**
**Ste #420**
**Euclid, OH 44132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/1/17 - 9/12/18

Basis for the claim:  Merchandise

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AT&T**
**PO Box 5014**
**Carol Stream, IL 60197-5014**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  9/1/17 - 9/12/18

Basis for the claim:  Listed for precaution - Red South Beach debt

Last 4 digits of account number  5559

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AV Designers**
**8742 Robbins Road**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  9/1/17 - 9/12/18

Basis for the claim:  Listed for precaution - Indianapolis Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83,600.00 |
|---|---|---|---|

**Bank of Cardiff**
**12626 High Bluff Dr**
**Suite 370**
**San Diego, CA 92130**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/1/2017

Basis for the claim:  Affiliate Equipment Leases

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,279.82 |
|---|---|---|---|

**Bank Of Cardiff/Amux (Axis)**
**12626 High Bluff Dr**
**Suite 370**
**San Diego, CA 92130**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/1/2017

Basis for the claim:  Affiliate Equipment Leases

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78,064.00 |
|---|---|---|---|

**Bank of Cardiff/Blue Bridge**
**12626 High Bluff Dr**
**Suite 370**
**San Diego, CA 92130**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/1/2017

Basis for the claim:  Affiliate Equipment Leases

Last 4 digits of account number  9072

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Banner Life**
**PO Box 740526**
**Atlanta, GA 30374-0526**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Basis for the claim:  **Listed for precaution - Red South Beach debt**

Last 4 digits of account number  **3324**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bar Harbor Seafood**
**2000 Premier Row**
**Orlando, FL 32809**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Basis for the claim:  **Listed for precaution - Red South Beach debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $796.34 |
|---|---|---|---|

**Bass Security**
**P O Box 901805**
**Cleveland, OH 44190-1805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Basis for the claim:  **Services**

Last 4 digits of account number  **6030**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $109,405.42 |
|---|---|---|---|

**BBF / Financial Pacific**
**3455 South 344th Way**
**Suite 300**
**Federal Way, WA 98001**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **12/1/2016**

Basis for the claim:  **Affiliate Equipment Leases**

Last 4 digits of account number  **0303**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $220.00 |
|---|---|---|---|

**Beachwood Chamber of Commerce**
**24000 Mercantile Rd, Ste 3**
**Beachwood, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Basis for the claim:  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bemka House of Caviar**
**2801 SW 3rd Avenue**
**Ste F11A**
**Ft. Lauderdale, FL 33315**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Basis for the claim:  **Listed for precaution - Red South Beach debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Best Kitchen**
**1011 Calvary st.**
**Indianapolis, IN 46203**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Basis for the claim:  **Listed for precaution - Indianapolis Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Blue Island Oyster Co.**
PO Box 31
West Sayville, NY 11796

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number  _____

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for precaution - Red South Beach debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92,387.73 |
|------|---|---|---|

**Blue Ribbon**
P O Box 932074
Cleveland, OH 44193

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number  _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $766.21 |
|------|---|---|---|

**Blue Technologies**
PO Box 31475
Independence, OH 44131

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number  **A899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**BMW Financial Services**
PO Box 78103
Phoenix, AZ 85062-8103

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number  **8574**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for precaution - Red South Beach debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,950.32 |
|------|---|---|---|

**Bouterse**
26001 Miles Rd., Studio #7
Warrensville Hts., OH 44128

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number  _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Breakthru Beverage Group**
**Premier Beverage Company**
PO Box 820410
South Florida, FL 33082

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number  _____

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for precaution - Red South Beach debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Brown Distributing**
3136 John P. Curci Dr. #2
Hallandale, FL 33009

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number  _____

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for precaution - Red South Beach debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | | | |
| --- | --- | --- | --- | --- |
| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$36,754.80** |
| | **Buckingham, Doolittle & Burroughs, LLC**<br>**3800 Embassy Parkway**<br>**Suite 300**<br>**Akron, OH 44333** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date(s) debt was incurred  9/1/17 - 9/12/18 | Basis for the claim:  **Legal services** | | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$1,301.71** |
| | **BWC State Ins. Fund**<br>**Corporate Processing Dept.**<br>**Columbus, OH 43271-0977** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date(s) debt was incurred  9/1/17 - 9/12/18 | Basis for the claim:  **Taxes** | | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| | **C.A. Curtze**<br>**1717 E 12th St**<br>**PO Box 797**<br>**Erie, PA 16512** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date(s) debt was incurred  9/1/17 - 9/12/18 | Basis for the claim:  **Listed for precaution - Pittsburgh Debt** | | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| | **Caltronics National**<br>**2490 Greentree Road**<br>**Carnegie, PA 15106** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date(s) debt was incurred  9/1/17 - 9/12/18 | Basis for the claim:  **Listed for precaution - Pittsburgh Debt** | | |
| | Last 4 digits of account number  7550 | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| | **Capri Westfield Farm Inc**<br>**28 Worcester Road**<br>**Hubbardston, MA 01452** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date(s) debt was incurred  9/1/17 - 9/12/18 | Basis for the claim:  **Listed for precaution - Red South Beach debt** | | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| | **Catanese Classic**<br>**1600 Merwin Ave**<br>**Cleveland, OH 44113** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date(s) debt was incurred  9/1/17 - 9/12/18 | Basis for the claim:  **Listed for precaution - Pittsburgh Debt** | | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$54,529.69** |
| | **Catanese Classic**<br>**1600 Merwin Avenue**<br>**Cleveland, OH 44113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date(s) debt was incurred  9/1/17 - 9/12/18 | Basis for the claim:  **Merchandise** | | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | |
|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

3.46 | **Nonpriority creditor's name and mailing address**
**Caterease**
**Management Software**
**PO Box 7459**
**Naples, FL 34101**

Date(s) debt was incurred  <u>9/1/17 - 9/12/18</u>

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Merchandise</u>

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

3.47 | **Nonpriority creditor's name and mailing address**
**CCT Financial**
**P.O. Box 790448**
**St. Louis, MO 63179-0448**

Date(s) debt was incurred  <u>9/1/17 - 9/12/18</u>

Last 4 digits of account number  <u>1921</u>

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  <u>Listed for precaution - Red South Beach debt</u>

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.48 | **Nonpriority creditor's name and mailing address**
**CCT Financial**
**P.O. Box 41602**
**Philadelphia, PA 19101-1601**

Date(s) debt was incurred  <u>9/1/17 - 9/12/18</u>

Last 4 digits of account number  <u>9562</u>

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Merchandise</u>

Is the claim subject to offset? ■ No ☐ Yes

**$791.18**

---

3.49 | **Nonpriority creditor's name and mailing address**
**Chef Dave's Catering**
**2396 Bromley Road**
**University Hts, OH 44118**

Date(s) debt was incurred  <u>9/1/17 - 9/12/18</u>

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Merchandise</u>

Is the claim subject to offset? ■ No ☐ Yes

**$340.00**

---

3.50 | **Nonpriority creditor's name and mailing address**
**Chef2Chef**
**1600 Merwin Ave**
**Cleveland, OH 44113**

Date(s) debt was incurred  <u>9/1/17 - 9/12/18</u>

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  <u>Listed for precaution - Pittsburgh Debt</u>

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.51 | **Nonpriority creditor's name and mailing address**
**Chef2Chef**
**1600 Merwin Ave.**
**Cleveland, OH 44113**

Date(s) debt was incurred  <u>9/1/17 - 9/12/18</u>

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  <u>Merchandise</u>

Is the claim subject to offset? ■ No ☐ Yes

**$5,937.49**

---

3.52 | **Nonpriority creditor's name and mailing address**
**CIT**
**21146 Network Place**
**Chicago, IL 60673-1211**

Date(s) debt was incurred  <u>9/1/17 - 9/12/18</u>

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  <u>Listed for precaution - Pittsburgh Debt</u>

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------|

**CIT Technologies DNU**
**21146 Network Place**
**Chicago, IL 60673-1211**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Basis for the claim:  **Listed for precaution - Red South Beach debt**

Last 4 digits of account number  **2000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,110.09 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**CIT Vendor Finance**
**One CIT Drive**
**Livingston, NJ 07039**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/2/2017**

Basis for the claim:  **Affiliate Equipment Leases**

Last 4 digits of account number  **9**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,360.78 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**CIT Vendor Finance**
**One CIT Drive**
**Livingston, NJ 07039**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/2/2017**

Basis for the claim:  **Affiliate Equipment Leases**

Last 4 digits of account number  **9**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------|

**Citation Collections Services**
**PO BOX 80239**
**INDIANAPOLIS, IN 46280-0239**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Basis for the claim:  **Listed for precaution - Indianapolis Debt**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**Cleveland Jewish News**
**23880 Commerce Pk., #1**
**Beachwood, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Basis for the claim:  **Merchandise**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**Cleveland Scene**
**737 Bolivar Rd Ste 4100**
**Cleveland, OH 44115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Basis for the claim:  **Merchandise**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------|

**Coca-Cola**
**PO Box 602937**
**Charlotte, NC 28260-2937**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Basis for the claim:  **Listed for precaution - Indianapolis Debt**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **BJRP LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Comcast**<br>**PO Box 3001**<br>**Southeastern, PA 19398-3001** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **9/1/17 - 9/12/18** | | |
| | Last 4 digits of account number **2543** | Basis for the claim: **Listed for precaution - Pittsburgh Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Concierge Connect**<br>**3370 190th St., #1712**<br>**Aventura, FL 33180** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **9/1/17 - 9/12/18** | | |
| | Last 4 digits of account number __ | Basis for the claim: **Listed for precaution - Red South Beach debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Contemporary Restaurant Appliances, Inc.**<br>**3654 NW 85th Terrace**<br>**Pembroke Pines, FL 33024** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **9/1/17 - 9/12/18** | | |
| | Last 4 digits of account number __ | Basis for the claim: **Listed for precaution - Red South Beach debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,654.66 |
| | **Coyle Hospitality**<br>**244 Madison Avenue**<br>**Suite 369**<br>**New York, NY 10016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **9/1/17 - 9/12/18** | | |
| | Last 4 digits of account number __ | Basis for the claim: **Merchandise** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Coyle Hospitality Services**<br>**244 Madison Ave Ste 369**<br>**New York, NY 10016** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **9/1/17 - 9/12/18** | | |
| | Last 4 digits of account number __ | Basis for the claim: **Listed for precaution - Indianapolis Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Coyle Hospitality Services**<br>**244 Madison Ave. Suite 369**<br>**New York, NY 10016** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **9/1/17 - 9/12/18** | | |
| | Last 4 digits of account number __ | Basis for the claim: **Listed for precaution - Red South Beach debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Coyle Hospitality Services, Inc**<br>**244 Madison Avenue Ste 369**<br>**New York, NY 10016** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **9/1/17 - 9/12/18** | | |
| | Last 4 digits of account number __ | Basis for the claim: **Listed for precaution - Pittsburgh Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Creation Gardens**
**2055 Nelson Miller Parkway**
**Louisville, KY 40233**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Basis for the claim:  **Listed for precaution - Indianapolis Debt**

Last 4 digits of account number  _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Culinary Convenience**
**2212 S. Andrews Ave. Suite 1**
**Fort Lauderdale., FL 33316**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Basis for the claim:  **Listed for precaution - Red South Beach debt**

Last 4 digits of account number  _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,564.00 |
|---|---|---|---|

**CVEC**
**P O Box 146**
**Chagrin Falls, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Basis for the claim:  **Merchandise**

Last 4 digits of account number  _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cy's Linen Service**
**510 West 28th Street**
**Hialeah, FL 33010**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Basis for the claim:  **Listed for precaution - Red South Beach debt**

Last 4 digits of account number  _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**D'Artagnan**
**PO Box 447**
**Union, NJ 07083-0447**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Basis for the claim:  **Listed for precaution - Red South Beach debt**

Last 4 digits of account number  _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345.60 |
|---|---|---|---|

**Darling Intn'l Inc.**
**P O Box 552210**
**Detroit, MI 48255-2210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Basis for the claim:  **Merchandise**

Last 4 digits of account number  **3225**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dean Supply**
**3500 Woodland Ave**
**Cleveland, OH 44115-3421**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Basis for the claim:  **Listed for precaution - Pittsburgh Debt**

Last 4 digits of account number  _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|
| | **Dean Supply**<br>**3500 Woodland Ave**<br>**Cleveland, OH 44115-3421** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **9/1/17 - 9/12/18** | Basis for the claim:  **Listed for precaution - Indianapolis Debt** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|
| | **Dean Supply**<br>**3500 Woodland Ave**<br>**Cleveland, OH 44115-3421** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **9/1/17 - 9/12/18** | Basis for the claim:  **Listed for precaution - Red South Beach debt** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $29,883.83 |
|---|---|---|---|
| | **Dean Supply**<br>**3500 Woodland Avenue**<br>**Cleveland, OH 44115-3421** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **9/1/17 - 9/12/18** | Basis for the claim:  **Merchandise** | |
| | Last 4 digits of account number  **1820** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|
| | **Double Park**<br>**1717 N. Bay Shore Drive**<br>**Suite 250**<br>**Miami, FL 33132** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **9/1/17 - 9/12/18** | Basis for the claim:  **Listed for precaution - Red South Beach debt** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|
| | **Eagle Brand Sales**<br>**3201 NW 72nd Ave.**<br>**Miami, FL 33122** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **9/1/17 - 9/12/18** | Basis for the claim:  **Listed for precaution - Red South Beach debt** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|
| | **Ecolab**<br>**PO Box 32027**<br>**New York, NY 10087-2027** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **9/1/17 - 9/12/18** | Basis for the claim:  **Listed for precaution - Red South Beach debt** | |
| | Last 4 digits of account number  **1747** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|
| | **Ecolab Pest Control**<br>**26252 Network Place**<br>**Chicago, IL 60673-1262** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **9/1/17 - 9/12/18** | Basis for the claim:  **Listed for precaution - Red South Beach debt** | |
| | Last 4 digits of account number  **0001** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ecolab Pest Elimination**
**26252 Network Place**
**Chicago, IL 60673-1262**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Basis for the claim:  **Listed for precaution - Pittsburgh Debt**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ecolab Pest Elimination**
**26252 Network Place**
**Chicago, IL 60673-1262**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Basis for the claim:  **Listed for precaution - Indianapolis Debt**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edward Don & Company**
**2562 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Basis for the claim:  **Listed for precaution - Indianapolis Debt**

Last 4 digits of account number  **4433**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $859.04 |
|---|---|---|---|

**Electrical Appliance**
**5805 Valley Belt Road**
**Cleveland, OH 44131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Basis for the claim:  **Merchandise**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $120,000.00 |
|---|---|---|---|

**Equity Planning, Inc**
**3355 Richmond Road**
**Beachwood, OH 44122**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Basis for the claim:  **Rent**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Espresso Solutions**
**PO Box 30672**
**Indianapolis, IN 46220-1990**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Basis for the claim:  **Listed for precaution - Indianapolis Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,090.12 |
|---|---|---|---|

**Euro**
**PO Box 536702**
**Pittsburgh, PA 15253-5909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Basis for the claim:  **Merchandise**

Last 4 digits of account number  **0905**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Euro USA**
**PO Box 536702**
**Pittsburgh, PA 15253-5909**

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for precaution - Pittsburgh Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Euro USA**
**4430 S. Tripp Avenue**
**Chicago, IL 60632**

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for precaution - Indianapolis Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,041.15 |
|---|---|---|---|

**Event Source**
**PO Box 92957**
**Cleveland, OH 44194-2957**

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fast Signs**
**5369 Mayfield Rd**
**Lyndhurst, OH 44124**

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for precaution - Pittsburgh Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fast Signs**
**5369 Mayfield Rd**
**Lyndhurst, OH 44124**

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for precaution - Red South Beach debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fast Signs - CLE**
**5369 Mayfield Road**
**Lyndhurst, OH 44124**

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for precaution - Indianapolis Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43.14 |
|---|---|---|---|

**Fed Ex**
**P O Box 371461**
**Pittsburgh, PA 15250-7461**

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number  **8372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,351.83 |
|---|---|---|---|

**First Rate Service**
P O Box 26325
Fairview Park, OH 44126

Date(s) debt was incurred  9/1/17 - 9/12/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Merchandise

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FMC Specialized Cleaning**
PO Box 299
Scottdale, PA 15683

Date(s) debt was incurred  9/1/17 - 9/12/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Listed for precaution - Pittsburgh Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fortessa**
20412 Bashan Dr
Ashburn, VA 20147

Date(s) debt was incurred  9/1/17 - 9/12/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Listed for precaution - Red South Beach debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fresca Italia Inc**
107 Park Lane
Brisbane, CA 94005

Date(s) debt was incurred  9/1/17 - 9/12/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Listed for precaution - Red South Beach debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149,500.00 |
|---|---|---|---|

**Brad Friedlander**
30076 Bolingbrook Rd.
Cleveland, OH 44124

Date(s) debt was incurred  Various

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Misc. Loans

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Goldstar Management LLC**
18 Woods Edge Ct
Pittsboro, IN 46167

Date(s) debt was incurred  9/1/17 - 9/12/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Listed for precaution - Indianapolis Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonathan Gross**
25151 Margot Court
Beachwood, OH 44122

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Listed for Precaution

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BJRP LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gurkha Cigar Group**
**c/o City National Bank**
**P.O. Box 12499**
**Miami, FL 33101-2499**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

**Basis for the claim:**  **Listed for precaution - Red South Beach debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,440.00 |
|---|---|---|---|

**H Jacks Plumbing**
**29930 Lakeland Blvd**
**Wickliffe, OH 44092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

**Basis for the claim:**  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Halperns**
**PO Box 116421**
**Atlanta, GA 30368-6421**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

**Basis for the claim:**  **Listed for precaution - Red South Beach debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,233.32 |
|---|---|---|---|

**Hanmi Bank**
**PO Box 3892**
**Seattle, WA 98124-3892**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

**Basis for the claim:**  **Merchandise**

Last 4 digits of account number  **5738**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hartford**
**277 Park Ave.**
**New York, NY 10172**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

**Basis for the claim:**  **Listed for precaution - Red South Beach debt**

Last 4 digits of account number  **7515**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Helget Gas Products**
**P O Box 24246**
**Omaha, NE 68124-0246**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

**Basis for the claim:**  **Listed for precaution - Red South Beach debt**

Last 4 digits of account number  **8120**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $461.36 |
|---|---|---|---|

**Hotel Indigo**
**3581 Park East Dr**
**Beachwood, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/17 - 9/12/18**

**Basis for the claim:**  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **BJRP LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Hubbard & Cravens**
**1114 E 52nd St**
**Indianapolis, IN 46205**

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number  **0467**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for precaution - Indianapolis Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $245,112.00 |
|---|---|---|---|

**Huntington Tech Finance**
**2285 Franklin Rd**
**Bloomfield, MI 48302**

Date(s) debt was incurred  **7/1/2017**

Last 4 digits of account number  **3001**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Affiliate Equipment Leases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Huntington Technology Finance**
**PO Box 2017**
**Bloomfield Hills, MI 48303-2017**

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number  **___**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for precaution - Pittsburgh Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $462.81 |
|---|---|---|---|

**Illuminating - 669**
**PO Box 3638**
**Akron, OH 44309-3638**

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number  **5669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $4,048.26 |
|---|---|---|---|

**Illuminating - 715**
**P O Box 3638**
**Akron, OH 44309-3638**

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number  **4715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $472.51 |
|---|---|---|---|

**Illuminating - 785**
**PO Box 3638**
**Akron, OH 44309-3638**

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number  **1785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Indiana Chamber of Commerce**
**115 W. Washington St., Ste 850S**
**Indianapolis, IN 46204**

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number  **___**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for precaution - Indianapolis Debt**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Indianapolis Monthly**<br>**Dept 78942**<br>**PO Box 78000**<br>**Detroit, MI 48278-0942** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred  **9/1/17 - 9/12/18** | Basis for the claim:  **Listed for precaution - Indianapolis Debt** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **ISF Signs**<br>**6468 Rucker Rd.**<br>**Indianapolis, IN 46220** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred  **9/1/17 - 9/12/18** | Basis for the claim:  **Listed for precaution - Indianapolis Debt** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **JC Ehrlich**<br>**PO Box 13848**<br>**Reading, PA 19612-3848** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred  **9/1/17 - 9/12/18** | Basis for the claim:  **Listed for precaution - Pittsburgh Debt** |
| | Last 4 digits of account number  **7881** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **JDL Real Estate Ventures, LLC**<br>**7258 North State Road 39**<br>**Lizton, IN 46149** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred  **9/1/17 - 9/12/18** | Basis for the claim:  **Listed for precaution - Indianapolis Debt** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **JP Parker Flowers**<br>**801 S. Meridian**<br>**Indianapolis, IN 46225** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred  **9/1/17 - 9/12/18** | Basis for the claim:  **Listed for precaution - Indianapolis Debt** |
| | Last 4 digits of account number  **8156** | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1,000.00 |
| | **JumpStart Inc.**<br>**6701 Carnegie Ave, Ste 100**<br>**Cleveland, OH 44103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **9/1/17 - 9/12/18** | Basis for the claim:  **Merchandise** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1,800.00 |
| | **Just Kleen It**<br>**4198 E. 148th St.**<br>**Cleveland, OH 44128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **9/1/17 - 9/12/18** | Basis for the claim:  **Merchandise** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **BJRP LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.95 |
|---|---|---|---|

**Kantina**
**Geller Hillel Building CWRU**
**11303 Euclid Ave.**
**Cleveland, OH 44106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/1/17 - 9/12/18

Basis for the claim:  **Merchandise**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.00 |
|---|---|---|---|

**Killbuck**
**7927 Overton Road**
**Burbank, OH 44214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/1/17 - 9/12/18

Basis for the claim:  **Merchandise**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kolano Design**
**6026 Centre Ave**
**Pittsburgh, PA 15206-3784**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  9/1/17 - 9/12/18

Basis for the claim:  **Listed for precaution - Pittsburgh Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lariviere Parking System LLC**
**304 Indian Trace Ste 448**
**Weston, FL 33326**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  9/1/17 - 9/12/18

Basis for the claim:  **Listed for precaution - Red South Beach debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,408.66 |
|---|---|---|---|

**Lease Corp/Amur**
**3150 Livernois Rd**
**Suite 300**
**Troy, MI 48083**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  6/1/2016

Basis for the claim:  **Affiliate Equipment Leases**

Last 4 digits of account number  2733

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lugaila Mechanical Inc**
**1 Rutgers Rd**
**Pittsburgh, PA 15205**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  9/1/17 - 9/12/18

Basis for the claim:  **Listed for precaution - Pittsburgh Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Manion Plumbing, Inc**
**19 Cooper Road**
**Venetia, PA 15367**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  9/1/17 - 9/12/18

Basis for the claim:  **Listed for precaution - Pittsburgh Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|------------------------------------------------|-------------------------------------------------------------------|-------|

**3.130**
Nonpriority creditor's name and mailing address
Marky's
1000 NW 159th Drive
Miami, FL 33169

Date(s) debt was incurred  9/1/17 - 9/12/18
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                         **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for precaution - Red South Beach debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131**
Nonpriority creditor's name and mailing address
Mattlin
7321 Shelford Drive
Solon, OH 44139

Date(s) debt was incurred  9/1/17 - 9/12/18
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                         **$207.04**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.132**
Nonpriority creditor's name and mailing address
McCarthy Lebit LLP
101 W. Prospect Ave.  #1800
Cleveland, OH 44115

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                         **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Listed for Precaution**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.133**
Nonpriority creditor's name and mailing address
Meritech
4577 Hinckley Industrial Pkwy
Cleveland, OH 44109-6009

Date(s) debt was incurred  9/1/17 - 9/12/18
Last 4 digits of account number  w607

As of the petition filing date, the claim is: *Check all that apply.*                         **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for precaution - Indianapolis Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.134**
Nonpriority creditor's name and mailing address
Meritech
4577 Hinckley Industrial Pkwy
Cleveland, OH 44109-6009

Date(s) debt was incurred  9/1/17 - 9/12/18
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                         **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for precaution - Red South Beach debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.135**
Nonpriority creditor's name and mailing address
Meritech
4577 Hinckley Indus. Pkwy.
Cleveland, OH 44109-6009

Date(s) debt was incurred  9/1/17 - 9/12/18
Last 4 digits of account number  W607

As of the petition filing date, the claim is: *Check all that apply.*                         **$2,946.47**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.136**
Nonpriority creditor's name and mailing address
Miami Beach Camber of Commerce
1920 Meridian Ave, 3rd Fl.
Miami Beach, FL 33139

Date(s) debt was incurred  9/1/17 - 9/12/18
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                         **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for precaution - Red South Beach debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $395.05 |
|---|---|---|---|

**Mikuni**
**18818 13th Place South**
**Seatac, WA 98148**

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MOOD**
**P O Box 602777**
**Charlotte, NC 28260-2777**

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for precaution - Red South Beach debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Morgan**
**201 E Lincoln St**
**Indianapolis, IN 46225**

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for precaution - Indianapolis Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,761.41 |
|---|---|---|---|

**Morgan**
**2013 Columbus Road**
**Cleveland, OH 44113-3516**

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number  **0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Morgan Services**
**2013 Columbus Rd**
**Cleveland, OH 44113-3516**

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number  **0000**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for precaution - Pittsburgh Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mowery**
**710 E Main St**
**Brownsburg, IN 46112**

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for precaution - Indianapolis Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.84 |
|---|---|---|---|

**Neofunds Postage**
**P O Box 30193**
**Tampa, FL 33630-3193**

Date(s) debt was incurred  **9/1/17 - 9/12/18**

Last 4 digits of account number  **3290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise**

Is the claim subject to offset? ■ No ☐ Yes

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $230.00 |
|---|---|---|---|

**Nou-veau Bistro**
7590 Fredle Dr
Concord, OH 44077

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   9/1/17 - 9/12/18

Basis for the claim:   Merchandise

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.80 |
|---|---|---|---|

**Oasis Window Cleaning**
P.O. Box 16727
Rocky River, OH 44116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   9/1/17 - 9/12/18

Basis for the claim:   Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,044.00 |
|---|---|---|---|

**Ohio Dept of Commerce**
**Ohio Division of Liquor Control**
6606 Tussing Road
Reynoldsburg, OH 43068-9005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   9/1/17 - 9/12/18

Basis for the claim:   Taxes

Last 4 digits of account number   8454

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,517.99 |
|---|---|---|---|

**One View Communications Inc.**
8870 Darrow Rd #130
Twinsburg, OH 44087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   9/1/17 - 9/12/18

Basis for the claim:   Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oracle**
PO Box 203448
Dallas, TX 75320-3448

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   9/1/17 - 9/12/18

Basis for the claim:   Listed for precaution - Indianapolis Debt

Last 4 digits of account number   2595

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oracle America**
PO Box 44471
San Francisco, CA 94144-4471

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   9/1/17 - 9/12/18

Basis for the claim:   Listed for precaution - Red South Beach debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oracle America Inc**
PO Box 203448
Dallas, TX 75320-3448

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   9/1/17 - 9/12/18

Basis for the claim:   Listed for precaution - Pittsburgh Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | BJRP LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$139.80** |
| | **Orlando Baking**<br>**7777 Grand Avenue**<br>**Cleveland, OH 44104-3099** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  9/1/17 - 9/12/18 | Basis for the claim:  **Merchandise** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Paragon**<br>**PO Box 645423**<br>**Pittsburgh, PA 15264** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  9/1/17 - 9/12/18 | Basis for the claim:  **Listed for precaution - Pittsburgh Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Park Street Import**<br>**1000 Brickell Ave, Ste 915**<br>**Miami, FL 33131** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  9/1/17 - 9/12/18 | Basis for the claim:  **Listed for precaution - Red South Beach debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **PCG Computers Inc**<br>**23250 Chagrin Blvd, Ste 200**<br>**Cleveland, OH 44122** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  9/1/17 - 9/12/18 | Basis for the claim:  **Listed for precaution - Pittsburgh Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,420.08** |
| | **PCG Computers, Inc.**<br>**Commerce Park Five**<br>**23250 Chagrin Blvd., #200**<br>**Cleveland, OH 44122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  9/1/17 - 9/12/18 | Basis for the claim:  **Merchandise** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Peoples**<br>**PO Box 644760**<br>**Pittsburgh, PA 15264-4760** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  9/1/17 - 9/12/18 | Basis for the claim:  **Listed for precaution - Pittsburgh Debt** | |
| | Last 4 digits of account number  2 | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,417.04** |
| | **Perfect Solution Landscaping**<br>**32099 Gates Mills Blvd**<br>**Pepper Pike, OH 44124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  9/1/17 - 9/12/18 | Basis for the claim:  **Merchandise** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Piazza Produce**
**PO Box 68931**
**Indianapolis, IN 46268-0931**

Date(s) debt was incurred   **9/1/17 - 9/12/18**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **Listed for precaution - Indianapolis Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pittsburgh Magazine**
**PO Box 644572**
**Pittsburgh, PA 15264-4572**

Date(s) debt was incurred   **9/1/17 - 9/12/18**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **Listed for precaution - Pittsburgh Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pittsburgh Penguins**
**PPG Paints Arena**
**1001 Fifth Ave**
**Pittsburgh, PA 15219**

Date(s) debt was incurred   **9/1/17 - 9/12/18**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **Listed for precaution - Pittsburgh Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pivot Marketing**
**646 Virginia Avenue**
**Indianapolis, IN 46203**

Date(s) debt was incurred   **9/1/17 - 9/12/18**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **Listed for precaution - Indianapolis Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,801.28 |
|---|---|---|---|

**Premier Produce**
**4500 Willow Pkwy**
**Cuyahoga Falls, OH 44125**

Date(s) debt was incurred   **9/1/17 - 9/12/18**

Last 4 digits of account number  **183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Merchandise**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Prime Line Distributors**
**2800 SW 42nd St**
**Fort Lauderdale, FL 33312**

Date(s) debt was incurred   **9/1/17 - 9/12/18**

Last 4 digits of account number  **4526**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **Listed for precaution - Red South Beach debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Principal Financial Group**
**Grand Island**
**PO BOX 14513**
**Des Moines, IA 50306-3513**

Date(s) debt was incurred   **9/1/17 - 9/12/18**

Last 4 digits of account number  **5501**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **Listed for precaution - Indianapolis Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Principal Life**
**Grand Island**
**PO Box 14513**
**Des Moines, IA 50306-3513**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   9/1/17 - 9/12/18

Basis for the claim:   Listed for precaution - Pittsburgh Debt

Last 4 digits of account number   _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Principal Life**
**Group, Grand Island**
**P O Box 14513**
**Des Moines, IA 50306-3513**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   9/1/17 - 9/12/18

Basis for the claim:   Listed for precaution - Red South Beach debt

Last 4 digits of account number   5501

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355.58 |
|---|---|---|---|

**Principal Life**
**Grand Island**
**P O Box 14513**
**Des Moines, IA 50306-3513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   9/1/17 - 9/12/18

Basis for the claim:   Merchandise

Last 4 digits of account number   5501

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Prographic Systems**
**13000 S. Tryon St., #F-277**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   9/1/17 - 9/12/18

Basis for the claim:   Listed for precaution - Red South Beach debt

Last 4 digits of account number   _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Republic National**
**441 se 12th ave**
**Deerfield Beach, FL 33442**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   9/1/17 - 9/12/18

Basis for the claim:   Listed for precaution - Red South Beach debt

Last 4 digits of account number   9124

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Responsible Vendors**
**PO Box 69-2982**
**Miami, FL 33269**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   9/1/17 - 9/12/18

Basis for the claim:   Listed for precaution - Red South Beach debt

Last 4 digits of account number   _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Roka Farms**
**6845 Masschusetts Ave.**
**Indianapolis, IN 46226**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   _

Basis for the claim:   Listed for precaution - Indianapolis Debt

Last 4 digits of account number   _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,588.53 |
|---|---|---|---|

**Roto Rooter**
**5672 Collections Ctr. Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **9/1/17 - 9/12/18**

Last 4 digits of account number   _

Basis for the claim:   **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Royal Cup Coffee**
**PO Box 206011**
**Dallas, TX 75320-6011**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   **9/1/17 - 9/12/18**

Last 4 digits of account number   **3942**

Basis for the claim:   **Listed for precaution - Red South Beach debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sani Products Pest Control**
**842 East Ohio Street**
**Pittsburgh, PA 15212**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   **9/1/17 - 9/12/18**

Last 4 digits of account number   _

Basis for the claim:   **Listed for precaution - Pittsburgh Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82.88 |
|---|---|---|---|

**Shred-it**
**23166 Network Place**
**Chicago, IL 60673-1252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **9/1/17 - 9/12/18**

Last 4 digits of account number   _

Basis for the claim:   **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shutts and Bowen**
**200 South Biscayne Blvd**
**Sutie 4100**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   **9/1/17 - 9/12/18**

Last 4 digits of account number   **3989**

Basis for the claim:   **Listed for precaution - Red South Beach debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Skoda Minotti**
**6685 Beta Drive**
**Mayfield Village, OH 44143**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   **9/1/17 - 9/12/18**

Last 4 digits of account number   _

Basis for the claim:   **Listed for precaution - Red South Beach debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,000.04 |
|---|---|---|---|

**Skoda,Minotti**
**6685 Beta Drive**
**Mayfield Village, OH 44143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **9/1/17 - 9/12/18**

Last 4 digits of account number   _

Basis for the claim:   **Accounting Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $778.80 |
|---|---|---|---|

**Sky Builders**
2735 Sinton Place
Pepper Pike, OH 44124

Date(s) debt was incurred  9/1/17 - 9/12/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Merchandise

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,345.60 |
|---|---|---|---|

**Solstice**
2333 St. Clair Ave.
Cleveland, OH 44114

Date(s) debt was incurred  9/1/17 - 9/12/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Merchandise

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Southern Florida Concierge**
P.O. Box 630366
Miami, FL 33163

Date(s) debt was incurred  9/1/17 - 9/12/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Listed for precaution - Red South Beach debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Southern Glazers**
4224 S. Florida Ave.
Lakeland, FL 33813

Date(s) debt was incurred  9/1/17 - 9/12/18

Last 4 digits of account number  6723

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Listed for precaution - Red South Beach debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $358.41 |
|---|---|---|---|

**Staples**
PO Box 105638
Atlanta, GA 30348-5638

Date(s) debt was incurred  9/1/17 - 9/12/18

Last 4 digits of account number  4695

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Merchandise

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Staples Advantage**
PO Box 105638
Atlanta, GA 30348-5638

Date(s) debt was incurred  9/1/17 - 9/12/18

Last 4 digits of account number  4908

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Listed for precaution - Indianapolis Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**State Cleaning Solutions**
PO Box 77012
Cleveland, OH 44194-7012

Date(s) debt was incurred  9/1/17 - 9/12/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Listed for precaution - Pittsburgh Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.186** | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**State Cleaning Solutions**
PO BOX 77012
Cleveland, OH 44194-7012

Date(s) debt was incurred   9/1/17 - 9/12/18

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     $0.00
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**   Listed for precaution - Indianapolis Debt

Is the claim subject to offset? [x] No [ ] Yes

---

**3.187**   **Nonpriority creditor's name and mailing address**
**State Cleaning Solutions**
PO Box 77012
Cleveland, OH 44194-7012

Date(s) debt was incurred   9/1/17 - 9/12/18

Last 4 digits of account number   1435

**As of the petition filing date, the claim is:** *Check all that apply.*     $0.00
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**   Listed for precaution - Red South Beach debt

Is the claim subject to offset? [x] No [ ] Yes

---

**3.188**   **Nonpriority creditor's name and mailing address**
**State Cleaning Solutions**
PO Box 77012
Cleveland, OH 44194-7012

Date(s) debt was incurred   9/1/17 - 9/12/18

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     $14,375.32
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**   Merchandise

Is the claim subject to offset? [x] No [ ] Yes

---

**3.189**   **Nonpriority creditor's name and mailing address**
**Steel City Traps**
3608 Spring Garden Rd
Pittsburgh, PA 15212

Date(s) debt was incurred   9/1/17 - 9/12/18

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     $0.00
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**   Listed for precaution - Pittsburgh Debt

Is the claim subject to offset? [x] No [ ] Yes

---

**3.190**   **Nonpriority creditor's name and mailing address**
**Strassman Ins**
26351 Curtiss-Wright Pkwy.
Richmond Heights, OH 44143

Date(s) debt was incurred   9/1/17 - 9/12/18

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     $22,185.90
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**   Insurance

Is the claim subject to offset? [x] No [ ] Yes

---

**3.191**   **Nonpriority creditor's name and mailing address**
**Strassman Insurance**
26351 Curtiss-Wright Pkwy
Richmond Hts, OH 44143

Date(s) debt was incurred   9/1/17 - 9/12/18

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     $0.00
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**   Listed for precaution - Pittsburgh Debt

Is the claim subject to offset? [x] No [ ] Yes

---

**3.192**   **Nonpriority creditor's name and mailing address**
**Strassman Insurance**
26351 Curtiss-Wright Pkwy.
Richmond Heights, OH 44143

Date(s) debt was incurred   9/1/17 - 9/12/18

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     $0.00
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**   Listed for precaution - Indianapolis Debt

Is the claim subject to offset? [x] No [ ] Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Strassman Insurance**
**26351 Curtiss-Wright Parkway**
**Richmond Heights, OH 44143**

Date(s) debt was incurred   9/1/17 - 9/12/18

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   Listed for precaution - Red South Beach debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sunbelt Rentals**
**P.O. Box 409211**
**Atlanta, GA 30384-9211**

Date(s) debt was incurred   9/1/17 - 9/12/18

Last 4 digits of account number   4837

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   Listed for precaution - Pittsburgh Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sutton-Garten Company**
**901 North Senate Ave**
**Indianapolis, IN 46202-3029**

Date(s) debt was incurred   9/1/17 - 9/12/18

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   Listed for precaution - Indianapolis Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sysco**
**PO Box 1000**
**Harmony, PA 16037-1000**

Date(s) debt was incurred   9/1/17 - 9/12/18

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   Listed for precaution - Pittsburgh Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sysco**
**4000 W 62nd St**
**Indianapolis, IN 46268**

Date(s) debt was incurred   9/1/17 - 9/12/18

Last 4 digits of account number   6266

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   Listed for precaution - Indianapolis Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,929.62 |
|---|---|---|---|

**Sysco Food**
**P O Box 94570**
**Cleveland, OH 44101-9804**

Date(s) debt was incurred   9/1/17 - 9/12/18

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Merchandise

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sysco Food Services - South FL**
**PO Box 64000 - A**
**Miami, FL 33164**

Date(s) debt was incurred   9/1/17 - 9/12/18

Last 4 digits of account number   4117

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   Listed for precaution - Red South Beach debt

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Team 360** | ☐ Contingent | |
| | **51 Koweba Lane** | ☐ Unliquidated | |
| | **Indianapolis, IN 46201** | ■ Disputed | |
| | Date(s) debt was incurred **9/1/17 - 9/12/18** | Basis for the claim: **Listed for precaution - Indianapolis Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Team Clean PGH** | ☐ Contingent | |
| | **240 Executive Dr.** | ☐ Unliquidated | |
| | **PO BOX 1499** | ■ Disputed | |
| | **Cranberry Twp, PA 16066** | | |
| | Date(s) debt was incurred **9/1/17 - 9/12/18** | Basis for the claim: **Listed for precaution - Pittsburgh Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **TECO** | ☐ Contingent | |
| | **PO Box 31017** | ☐ Unliquidated | |
| | **Tampa, FL 33631** | ■ Disputed | |
| | Date(s) debt was incurred **9/1/17 - 9/12/18** | Basis for the claim: **Listed for precaution - Red South Beach debt** | |
| | Last 4 digits of account number **0704** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **The Art of Clean Inc** | ☐ Contingent | |
| | **5602 Elmwood Ave, Ste 218** | ☐ Unliquidated | |
| | **Indianapolis, IN 46203** | ■ Disputed | |
| | Date(s) debt was incurred **9/1/17 - 9/12/18** | Basis for the claim: **Listed for precaution - Indianapolis Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **The Chef Agency** | ☐ Contingent | |
| | **275 Madison Avenue** | ☐ Unliquidated | |
| | **24th Floor** | ■ Disputed | |
| | **New York, NY 10016** | | |
| | Date(s) debt was incurred **9/1/17 - 9/12/18** | Basis for the claim: **Listed for precaution - Red South Beach debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **The Chef's Warehouse of Florida** | ☐ Contingent | |
| | **PO Box 32187** | ☐ Unliquidated | |
| | **New York, NY 10087-2187** | ■ Disputed | |
| | Date(s) debt was incurred **9/1/17 - 9/12/18** | Basis for the claim: **Listed for precaution - Red South Beach debt** | |
| | Last 4 digits of account number **6331** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **The CitiView Publications** | ☐ Contingent | |
| | **PO Box 447** | ☐ Unliquidated | |
| | **Floyds Knobs, IN 47119** | ■ Disputed | |
| | Date(s) debt was incurred **9/1/17 - 9/12/18** | Basis for the claim: **Listed for precaution - Pittsburgh Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|---|---|---|

**Thunder Tech**
**3635 Perkins Ave. 5SW**
**Cleveland, OH 44114**

Date(s) debt was incurred  9/1/17 - 9/12/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Listed for precaution - Pittsburgh Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|---|---|---|

**Thunder Tech**
**3635 Perkins Ave**
**Cleveland, OH 44114**

Date(s) debt was incurred  9/1/17 - 9/12/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Listed for precaution - Red South Beach debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|-------|---|---|---|

**Thunder Tech**
**3635 Perkins Ave**
**Cleveland, OH 44114**

Date(s) debt was incurred  9/1/17 - 9/12/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Merchandise

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|---|---|---|

**Total Line Refridgeration**
**33530 Pin Oak Pkwy**
**Avon Lake, OH 44012**

Date(s) debt was incurred  9/1/17 - 9/12/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Listed for precaution - Pittsburgh Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,535.48 |
|-------|---|---|---|

**Total Line Refrigeration**
**33530 Pin Oak Parkway**
**Avon Lake, OH 44012**

Date(s) debt was incurred  9/1/17 - 9/12/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|---|---|---|

**TriMark SS Kemp - Cleveland**
**PO Box 536326**
**Pittsburgh, PA 15253-5905**

Date(s) debt was incurred  9/1/17 - 9/12/18

Last 4 digits of account number  4410

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Listed for precaution - Indianapolis Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|---|---|---|

**TriMark SS-Kemp**
**PO Box 536326**
**Pittsburgh, PA 15253-5905**

Date(s) debt was incurred  9/1/17 - 9/12/18

Last 4 digits of account number  1537

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Listed for precaution - Pittsburgh Debt

Is the claim subject to offset? ■ No  ☐ Yes

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96.00 |
|---|---|---|---|

**TriMark/SS Kemp**
P.O. Box 536326
Pittsburgh, PA 15253-5905

Date(s) debt was incurred  **9/1/17 - 9/12/18**
Last 4 digits of account number  **6330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**U.S. Bank**
PO Box 790448
St. Louis, MO 63179-0448

Date(s) debt was incurred  **9/1/17 - 9/12/18**
Last 4 digits of account number  **1921**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for precaution - Indianapolis Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**United Air Specialists, Inc**
PO Box 409825
Atlanta, GA 30384-9825

Date(s) debt was incurred  **9/1/17 - 9/12/18**
Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for precaution - Pittsburgh Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**United Health Care**
PO Box 94017
Palatine, IL 60094-4017

Date(s) debt was incurred  **9/1/17 - 9/12/18**
Last 4 digits of account number  **3047**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for precaution - Pittsburgh Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**United Health Care**
PO Box 94017
Palatine, IL 60094-4017

Date(s) debt was incurred  **9/1/17 - 9/12/18**
Last 4 digits of account number  **3047**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for precaution - Indianapolis Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**United Health Care**
PO Box 94017
Palatine, IL 60094-4017

Date(s) debt was incurred  **9/1/17 - 9/12/18**
Last 4 digits of account number  **3047**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Listed for precaution - Red South Beach debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,817.86 |
|---|---|---|---|

**United Health Care**
PO Box 94017
Palatine, IL 60094-4017

Date(s) debt was incurred  **9/1/17 - 9/12/18**
Last 4 digits of account number  **3047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vacmaster**
**5200 W. 106th St.**
**Overland Park, KS 66212**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   **9/1/17 - 9/12/18**

Last 4 digits of account number   **_**

Basis for the claim:   **Listed for precaution - Pittsburgh Debt**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vanco**
**8025 Castleway Drive**
**Indianapolis, IN 46250**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   **9/1/17 - 9/12/18**

Last 4 digits of account number   **_**

Basis for the claim:   **Listed for precaution - Indianapolis Debt**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,896.48 |
|---|---|---|---|

**Vend Lease**
**8100 Sandpiper Cir**
**Suite 300**
**Baltimore, MD 21236**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred   **2/1/2017**

Last 4 digits of account number   **0820**

Basis for the claim:   **Affiliate Equipment Leases**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74,923.80 |
|---|---|---|---|

**Vend Lease**
**8100 Sandpiper Cir**
**Suite 300**
**Baltimore, MD 21236**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2/1/2017**

Last 4 digits of account number   **0821**

Basis for the claim:   **Affiliate Equipment Leases**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,798.14 |
|---|---|---|---|

**Vend Lease**
**8100 Sandpiper Cir**
**Suite 300**
**Baltimore, MD 21236**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred   **8/1/2017**

Last 4 digits of account number   **4553**

Basis for the claim:   **Affiliate Equipment Leases**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,154.00 |
|---|---|---|---|

**Vigeo Gardens**
**526 S Main St, Ste 311**
**Akron, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **9/1/17 - 9/12/18**

Last 4 digits of account number   **_**

Basis for the claim:   **Merchandise**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Visit Indy**
**200 South Capitol Avenue, Suite 300**
**Indianapolis, IN 46225-1063**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   **9/1/17 - 9/12/18**

Last 4 digits of account number   **RED**

Basis for the claim:   **Listed for precaution - Indianapolis Debt**

Is the claim subject to offset?   ■ No   ☐ Yes

---

---

**3.228**

Nonpriority creditor's name and mailing address
**Vital Recovery Services LLC**
**PO Box 923747**
**Peachtree Cors., GA 30010-3747**

Date(s) debt was incurred   **9/1/17 - 9/12/18**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.     $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **Listed for precaution - Red South Beach debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229**

Nonpriority creditor's name and mailing address
**Voyles Vaina Lukemeyer Baldwin & Webb**
**3257 N Pennsylvania St**
**Indianapolis, IN 46205**

Date(s) debt was incurred   **9/1/17 - 9/12/18**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.     $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **Listed for precaution - Indianapolis Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230**

Nonpriority creditor's name and mailing address
**W.F. Hann & Sons**
**26401 Miles Rd.**
**Warrensville Heights, OH 44128**

Date(s) debt was incurred   **9/1/17 - 9/12/18**

Last 4 digits of account number   **3352**

As of the petition filing date, the claim is: Check all that apply.     $326.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231**

Nonpriority creditor's name and mailing address
**Wallace Floral**
**138 Virginia Ave.**
**Pittsburgh, PA 15211**

Date(s) debt was incurred   **9/1/17 - 9/12/18**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.     $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **Listed for precaution - Pittsburgh Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232**

Nonpriority creditor's name and mailing address
**Westminster Technologies, LLC**
**1702 St Clair Ave**
**Cleveland, OH 44114**

Date(s) debt was incurred   **9/1/17 - 9/12/18**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.     $847.80
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Merchandise**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233**

Nonpriority creditor's name and mailing address
**Yantra 119**
**119 Washington Ave.**
**Maimi Beach, FL 33139**

Date(s) debt was incurred   **9/1/17 - 9/12/18**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.     $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **Listed for precaution - Red South Beach debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234**

Nonpriority creditor's name and mailing address
**Zashin & Rich**
**55 Public Sq., 4th Flr.**
**Cleveland, OH 44113**

Date(s) debt was incurred   **9/1/17 - 9/12/18**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.     $2,405.20
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
| --- | --- |

---

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor      **BJRP LLC**
_____          Case number (if known) _____
Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

---

**Part 4:      Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                 1,116.24 |
| **5b. Total claims from Part 2** | 5b.  + | $          1,707,967.82 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $          1,709,084.06 |

Attachment to Schedule E


Debtor has along with affiliates and former affiliates issued numerous gift cards.  Debtor does not keep records of the outstanding gift cards and has no way of notifying the recipients of such cards.  Debtor along with former affiliates have agreed for good will purposes to honor such cards as and when presented.  Debtor's best guesstimate as to the total amount of outstanding gift cards is $200,000

Debtor name **BJRP LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **lease for business premises** | |
| | State the term remaining | **approx. 13 years** | **Equity Beachwood Ltd Partnership** |
| | List the contract number of any government contract | | **3355 Richmond Rd.** **Beachwood, OH 44122** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Intellectual property licensing agreement** | |
| | State the term remaining | **Indefinite** | **YTL Red Cleveland, LLC** |
| | List the contract number of any government contract | | **6 Foxwood Lane** **Cleveland, OH 44124** |

Debtor name **BJRP LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **BJPM Ltd.** | **3355 Richmond Rd., Beachwood, OH 44122** | **Tower IV LLC** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **BJPM Management Ltd.** | **3355 Richmond Rd. Beachwood, OH 44122** | **Tower IV LLC** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Christine & Jon Bennett Co-Trustees** | **of Christine Bennett Family Trust 30201 Winsor Dr. Bay Village, OH 44140** | **Tower IV LLC** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Brad Friedlander** | **30076 Bolingbrook Rd. Cleveland, OH 44124** | **Advance American Business Solutions** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **Red Pinecrest LLC** | **3355 Richmond Rd. Beachwood, OH 44122** | **Tower IV LLC** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **BJRP LLC** | Case number _(if known)_ | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Red Pittsburgh LLC** | 3355 Richmond Rd. Beachwood, OH 44122 | **Tower IV LLC** | ■ D __2.5__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | **Red Restaurant Group LLC** | 3355 Richmond Rd. Beachwood, OH 44122 | **Tower IV LLC** | ■ D __2.5__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | **Red Rosso Boca Raton, LLC** | 3355 Richmond Rd. Beachwood, OH 44122 | **Tower IV LLC** | ■ D __2.5__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.9 | **Red South Beach LLC** | 119 Washington Ave., Ste 403 Miami Beach, FL 33139 | **American Express Bank** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10 | **Red South Beach LLC** | 119 Washington Ave., Ste 403 Miami Beach, FL 33139 | **Tower IV LLC** | ■ D __2.5__ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Northern District of Ohio

In re   **BJRP LLC** _____    Case No. _____
Debtor(s)     Chapter   **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | To be determined upon application to court |
| Prior to the filing of this statement I have received | $ | **15,283.00 of which $3721.00 has not yet been applied** |
| Balance Due | $ | To be determined |

2.   $ **1,717.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ☑ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ☑ Debtor     ☐ Other (specify):

5.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the Debtor in Contested Matters (including Motions to Dismiss), and Adversary Proceedings.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 28, 2018** _____     /s/Richard Baumgart _____
_Date_     **Richard A. Baumgart (0002664)**
    _Signature of Attorney_
    **Dettelbach, Sicherman & Baumgart**
    **55 Public Square, 21st Floor**
    **Cleveland, OH 44113-1902**
    **216-696-6000   Fax: 216-696-3338**
    **rbaumgart@dsb-law.com**
    _Name of law firm_

---

# United States Bankruptcy Court
## Northern District of Ohio

In re    __BJRP LLC_____    Case No.   _____

                                 Debtor(s)       Chapter   __11_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Brad Friedlander<br>30076 Bolingbrook Rd.<br>Cleveland, OH 44124 | | 82% | Member |
| Peter Vauthy<br>120 Jefferson 12022<br>Miami Beach, FL 33139 | | 18% | Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   __September 28, 2018_____      Signature   **/s/ Brad Friedlander**_____

                                                  **Brad Friedlander**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Ohio

In re    **BJRP LLC**                                      Case No. _____

Debtor(s)            Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 28, 2018**             **/s/ Brad Friedlander**

                                                  **Brad Friedlander**/**CEO**
                                                  Signer/Title

5 Star Refrigeration
PO Box 263
2502 Wildwood Rd
Wildwood, PA 15091


600 GS Prop LP
DEPT CGS-40
PO BOX 558
WAYNE, NJ 07474-9803


811 Cleveland LLC
3355 Richmond Rd.
Beachwood, OH 44122


A. Martini & Co.
320 Grant Ave.
Verona, PA 15147


Abco
P O Box 931933
Cleveland, OH 44193


Accubar
1301 Dove Street, Ste 300
Newport Beach, CA 92660


Acendex, Inc.
Commerce Park V
23250 Chagrin Blvd., #200
Cleveland, OH 44122


Adcom
1370 W. 6th St 3rd Fl
Cleveland, OH 44113


Adcom Group
1370 W 6th St 3rd Floor
Cleveland, OH 44113


Advance American Business Solutions
Colonial Funding Network
211-D Bulifants Boulevard
Williamsburg, Virgina

Advance Merchant Finance 1
433 N Camden D., Ste 810
Beverly Hills, CA 90210


Advantage Water Cond Inc
5348 Victory Dr Ste B
Indianapolis, IN 46203


Adventure Chrysler Jeep
36845 Euclid Avenue
Willoughby, OH 44094


AGAPITO, JUAN
3426 OLD GREEN RD APT 101
BEACHWOOD, OH 44122


Airways Cleaning & Fireproofing Co., Inc
4720 Oakes Rd. Suite E
Davie, FL 33314


Albert Uster Imports
P. O. Box 79107
Baltimore, MD 21279-0107


Albert Uster Imports, Inc.
P O Box 79107
Baltimore, MD 21279-0107


ALMEDA, LEAN KARLO
1106 Piermont Rd
South Euclid, OH 44121


Alsco
1415 NW 21st Terrace
Miami, FL 33142


American Express Bank
c/o: Datamark Inc. Attn: Merchant Financ
43 Butterfield Circle
El Paso, TX 79906


ANDERSON, KIMBERLY
215 Gilliland Place
Pittsburgh, OH 15202

Anson Mills
PO Box 50408
Columbia, SC 29250


Asia International, Inc.
Account Receivable & Payable
555 Parkcenter Drive Suite 110
Santa Ana, CA 92705


ASV Services
27801 Euclid Ave.
Ste #420
Euclid, OH 44132


AT&T
PO Box 5014
Carol Stream, IL 60197-5014


AV Designers
8742 Robbins Road
Indianapolis, IN 46268


BALDO, RUFINA
3798 NORTHWOOD RD
UNIVERSITY HEIGHTS, OH 44118


BALLOU, MICHAEL
1250 Riverbed St
Cleveland, OH 44113


BALSER, AUSTIN
12809 Willard Ave
Garfield Hts, OH 44125


Banc of California
1920 Main Street
Suite 1140
Irvine, CA 92614


Bank of Cardiff
12626 High Bluff Dr
Suite 370
San Diego, CA 92130

Bank Of Cardiff/Amux (Axis)
12626 High Bluff Dr
Suite 370
San Diego, CA 92130


Bank of Cardiff/Blue Bridge
12626 High Bluff Dr
Suite 370
San Diego, CA 92130


Banner Life
PO Box 740526
Atlanta, GA 30374-0526


Bar Harbor Seafood
2000 Premier Row
Orlando, FL 32809


BARONI, ALEXANDER
1277 IROQUOIS AVE
MAYFIELD HTS, OH 44124


Bass Security
P O Box 901805
Cleveland, OH 44190-1805


BBF / Financial Pacific
3455 South 344th Way
Suite 300
Federal Way, WA 98001


Beachwood Chamber of Commerce
24000 Mercantile Rd, Ste 3
Beachwood, OH 44122


Bemka House of Caviar
2801 SW 3rd Avenue
Ste F11A
Ft. Lauderdale, FL 33315


Best Kitchen
1011 Calvary st.
Indianapolis, IN 46203

BJPM Ltd.
3355 Richmond Rd.,
Beachwood, OH 44122


BJPM Management Ltd.
3355 Richmond Rd.
Beachwood, OH 44122


BLAIR, ANDREW
17703 Libby Rd
Maple Hts, OH 44137


Blue Island Oyster Co.
PO Box 31
West Sayville, NY 11796


Blue Ribbon
P O Box 932074
Cleveland, OH 44193


Blue Technologies
PO Box 31475
Independence, OH 44131


BMW Financial Services
PO Box 78103
Phoenix, AZ 85062-8103


Bouterse
26001 Miles Rd., Studio #7
Warrensville Hts., OH 44128


Breakthru Beverage Group
Premier Beverage Company
PO Box 820410
South Florida, FL 33082


BROOKS, ADAM
1420 RICHMOND RD
LYNDHURST, OH 44124


Brown Distributing
3136 John P. Curci Dr. #2
Hallandale, FL 33009

BROWN, ALEXANDRA
133 Chatham Way
Mayfield Hts, OH 44124


Buckingham, Doolittle & Burroughs, LLC
3800 Embassy Parkway
Suite 300
Akron, OH 44333


BWC State Ins. Fund
Corporate Processing Dept.
Columbus, OH 43271-0977


C.A. Curtze
1717 E 12th St
PO Box 797
Erie, PA 16512


Caltronics National
2490 Greentree Road
Carnegie, PA 15106


CAMPANELLA, ANGELA
2013 WEST 58TH STREET
CLEVELAND, OH 44102


Capri Westfield Farm Inc
28 Worcester Road
Hubbardston, MA 01452


CAPRIATO, ANTHONY
13450 CEDAR RD APT 20
CLEVELAND HEIGHTS, OH 44118


CARPENTER, MARGARET
19601 MONTEREY AVENUE
EUCLID, OH 44119


Catanese Classic
1600 Merwin Ave
Cleveland, OH 44113


Catanese Classic
1600 Merwin Avenue
Cleveland, OH 44113

Caterease
Management Software
PO Box 7459
Naples, FL 34101


CCT Financial
P.O. Box 790448
St. Louis, MO 63179-0448


CCT Financial
P.O. Box 41602
Philadelphia, PA 19101-1601


Central Collection Agency
1701 Lakeside Avenue
Cleveland, OH 44114-1118


Chef Dave's Catering
2396 Bromley Road
University Hts, OH 44118


Chef2Chef
1600 Merwin Ave
Cleveland, OH 44113


Chef2Chef
1600 Merwin Ave.
Cleveland, OH 44113


CHIN, MAXWELL
526 BUCKINGHAM DRIVE
AURORA, OH 44202


Christine & Jon Bennett Co-Trustees
of Christine Bennett Family Trust
30201 Winsor Dr.
Bay Village, OH 44140


CIT
21146 Network Place
Chicago, IL 60673-1211


CIT Technologies DNU
21146 Network Place
Chicago, IL 60673-1211

CIT Vendor Finance
One CIT Drive
Livingston, NJ 07039


Citation Collections Services
PO BOX 80239
INDIANAPOLIS, IN 46280-0239


Cleveland Jewish News
23880 Commerce Pk., #1
Beachwood, OH 44122


Cleveland Scene
737 Bolivar Rd Ste 4100
Cleveland, OH 44115


Coca-Cola
PO Box 602937
Charlotte, NC 28260-2937


Comcast
PO Box 3001
Southeastern, PA 19398-3001


Concierge Connect
3370 190th St., #1712
Aventura, FL 33180


Contemporary Restaurant Appliances, Inc.
3654 NW 85th Terrace
Pembroke Pines, FL 33024


COX, CHRISTOPHER
1562 BRADFORD DRIVE
MACEDONIA, OH 44056


Coyle Hospitality
244 Madison Avenue
Suite 369
New York, NY 10016


Coyle Hospitality Services
244 Madison Ave Ste 369
New York, NY 10016

```
Coyle Hospitality Services
244 Madison Ave. Suite 369
New York, NY 10016


Coyle Hospitality Services, Inc
244 Madison Avenue Ste 369
New York, NY 10016


Creation Gardens
2055 Nelson Miller Parkway
Louisville, KY 40233


Culinary Convenience
2212 S. Andrews Ave. Suite 1
Fort Lauderdale., FL 33316


Cuyahoga County Auditor
2079 East Ninth Street
Cleveland, OH 44115


Cuyahoga County Fiscal Officer
2079 East Ninth Street
Cleveland, OH 44115


CVEC
P O Box 146
Chagrin Falls, OH 44022


Cy's Linen Service
510 West 28th Street
Hialeah, FL 33010


D'Artagnan
PO Box 447
Union, NJ 07083-0447


Darling Intn'l Inc.
P O Box 552210
Detroit, MI 48255-2210


Marjorie Davis
7575 Boyden Rd.
Northfield, OH 44067
```

```
DAVIS, NICHOLAS
13350 Cedar Acres Dr
Chesterland, OH 44026


Dean Supply
3500 Woodland Ave
Cleveland, OH 44115-3421


Dean Supply
3500 Woodland Avenue
Cleveland, OH 44115-3421


DICK, MEGAN
14519 Cedar Rd
South Euclid, OH 44122


Division of Taxation
1701 Lakeside Avenue
Cleveland, OH 44114


Double Park
1717 N. Bay Shore Drive
Suite 250
Miami, FL 33132


DOYLE, DANIEL
4596 W PROSPECT
MANTUA, OH 44255


Eagle Brand Sales
3201 NW 72nd Ave.
Miami, FL 33122


Ecolab
PO Box 32027
New York, NY 10087-2027


Ecolab Pest Control
26252 Network Place
Chicago, IL 60673-1262


Ecolab Pest Elimination
26252 Network Place
Chicago, IL 60673-1262
```

Edward Don & Company
2562 Paysphere Circle
Chicago, IL 60674


Electrical Appliance
5805 Valley Belt Road
Cleveland, OH 44131


Equity Beachwood Ltd Partnership
3355 Richmond Rd.
Beachwood, OH 44122


Equity Planning, Inc
3355 Richmond Road
Beachwood, OH 44122


ESPLANDIU-MCDERMOTT, MARISSA
11205 Hidden Springs Dr
Chardon, OH 44024


Espresso Solutions
PO Box 30672
Indianapolis, IN 46220-1990


Euro
PO Box 536702
Pittsburgh, PA 15253-5909


Euro USA
PO Box 536702
Pittsburgh, PA 15253-5909


Euro USA
4430 S. Tripp Avenue
Chicago, IL 60632


EVANS-ROSKOS, REINE
8065 SPRINGER DR
KIRTLAND, OH 44094


Event Source
PO Box 92957
Cleveland, OH 44194-2957

Fast Signs
5369 Mayfield Rd
Lyndhurst, OH 44124


Fast Signs - CLE
5369 Mayfield Road
Lyndhurst, OH 44124


Fed Ex
P O Box 371461
Pittsburgh, PA 15250-7461


First Rate Service
P O Box 26325
Fairview Park, OH 44126


FMC Specialized Cleaning
PO Box 299
Scottdale, PA 15683


Fortessa
20412 Bashan Dr
Ashburn, VA 20147


FRANKLIN, BRIAN D
4226 WILMINGTON RD
SOUTH EUCLID, OH 44121


FRANZ, ANDREW
5904 Fleet Ave
Cleveland, OH 44105


Fresca Italia Inc
107 Park Lane
Brisbane, CA 94005


FRIEDLANDER, ALEXANDRA
30076 Bolingbrook Rd.
Pepper Pike, OH 44124


Brad Friedlander
30076 Bolingbrook Rd.
Cleveland, OH 44124

GATES, MATTHEW
7246 WRIGHT AVE
BEDFORD, OH 44146


Goldstar Management LLC
18 Woods Edge Ct
Pittsboro, IN 46167


GOODWIN, BRIAN E
1663 DOUGLAS RD
WICKLIFFE, OH 44092


GRANOT, DEAN
26301 Annesley Rd
Beachwood, OH 44122


GREEN, JOSEPH
117 EAST COTTAGE ST
CHAGRIN FALLS, OH 44022


GREENWALD, MASON
2687 DERBYSHIRE RD
CLEVELAND HEIGHTS, OH 44106


Jonathan Gross
25151 Margot Court
Beachwood, OH 44122


Gurkha Cigar Group
c/o City National Bank
P.O. Box 12499
Miami, FL 33101-2499


H Jacks Plumbing
29930 Lakeland Blvd
Wickliffe, OH 44092


HALL, HARRY
4910 EAST 95TH STREET
GARFIELD HEIGHTS, OH 44125


Halperns
PO Box 116421
Atlanta, GA 30368-6421

Hanmi Bank
PO Box 3892
Seattle, WA 98124-3892


HARNETT, JOAN
226 N MAIN STREET
CHAGRIN FALLS, OH 44022


HARRIS III, RONNIE
2026 W 44th St
Cleveland, OH 44113


HARRISON, RICHARD
1382 Summit Dr
Mayfield Hts, OH 44124


Hartford
277 Park Ave.
New York, NY 10172


HELD, JAMES
1347 CHURCHILL ROAD
LYNDHURST, OH 44124


Helget Gas Products
P O Box 24246
Omaha, NE 68124-0246


HERBERTH, JOSHUA A
9914 CRESTWOOD DR
TWINSBURG, OH 44087


HOLDER, ALFONZ
1871 BRUSHVIEW DR
RICHMOND HTS, OH 44143


Hotel Indigo
3581 Park East Dr
Beachwood, OH 44122


HRISKO, MICHELLE
1760 CHELMSFORD RD
MAYFIELD HEIGHTS, OH 44124

Hubbard & Cravens
1114 E 52nd St
Indianapolis, IN 46205


HUFNAGLE, BRANDON
19601 Pawnee Ave
Cleveland, OH 44119


HUMMER, MARGARET
2116 COTTINGHAM DR
LYNDHURST, OH 44124


Huntington Tech Finance
2285 Franklin Rd
Bloomfield, MI 48302


Huntington Technology Finance
PO Box 2017
Bloomfield Hills, MI 48303-2017


Illuminating - 669
PO Box 3638
Akron, OH 44309-3638


Illuminating - 715
P O Box 3638
Akron, OH 44309-3638


Illuminating - 785
PO Box 3638
Akron, OH 44309-3638


Indiana Chamber of Commerce
115 W. Washington St., Ste 850S
Indianapolis, IN 46204


Indianapolis Monthly
Dept 78942
PO Box 78000
Detroit, MI 48278-0942


Internal Revenue Service
Department of the Treasury
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7317
Philadelphia, PA 19101-7317


Internal Revenue Service
ATTENTION: SPECIAL PROCEDURES
Insolvency Group 3
1240 E. 9th Street, Room 457
Cleveland, OH 44199-2001


ISF Signs
6468 Rucker Rd.
Indianapolis, IN 46220


JACKSON, DA ONDRE
9251 HOAGH APT 201
CLEVELAND, OH 44106


JC Ehrlich
PO Box 13848
Reading, PA 19612-3848


JDL Real Estate Ventures, LLC
7258 North State Road 39
Lizton, IN 46149


JOHNSON, KINDRA
6030 Brookside Dr
Brooklyn, OH 44144


JONES, NICOLAS
5268 Hickory Rd
Lyndhurst, OH 44124


JP Parker Flowers
801 S. Meridian
Indianapolis, IN 46225


JumpStart Inc.
6701 Carnegie Ave, Ste 100
Cleveland, OH 44103

Just Kleen It
4198 E. 148th St.
Cleveland, OH 44128


Kantina
Geller Hillel Building CWRU
11303 Euclid Ave.
Cleveland, OH 44106


Killbuck
7927 Overton Road
Burbank, OH 44214


KINCAID, QUENTEN
1545 E 195th St
Euclid, OH 44117


Kolano Design
6026 Centre Ave
Pittsburgh, PA 15206-3784


KRONE, MARCIA
27621 CHAGRIN BLVD APT 403
CLEVELAND, OH 44122


KUCZMA, JULIAN
183 East Washington St
Chagrin Falls, OH 44022


LANG JR, JOSEPH
1229 Mohegan Trail
Willoughby, OH 44094


LANG, JOSEPH
1445 EAST 222ND ST APT 4
EUCLID, OH 44117


Lariviere Parking System LLC
304 Indian Trace Ste 448
Weston, FL 33326


Lease Corp/Amur
3150 Livernois Rd
Suite 300
Troy, MI 48083

LEFEBVRE, MICAH
11849 CLIFTON BLVD Apt C231
LAKEWOOD, OH 44107


LEIDLEIN, JAMES
2384 WARRENSVILLE CENTER RD
UNIVERSITY HEIGHTS, OH 44118


LEONARD, KRISTINE
6646 MONTEREY DR
MAYFIELD HTS, OH 44124


LIPTAY JR, KENNETH
5620 Snow Rd
Parma, OH 44129


LUCAS, ANTHONY
1615 W WALLINGS RD
BROADVIEW HEIGHTS, OH 44147


Lugaila Mechanical Inc
1 Rutgers Rd
Pittsburgh, PA 15205


MAGBIE JR, JEFFREY
3332 EAST 145TH ST
Cleveland, OH 44120


MAGBIE, JASHON
3332 East 145th St
Cleveland, OH 44120


MAGEE, TIMOTHY
1629 CREST RD
CLEVELAND HTS, OH 44121


MAGUIRE, MICHEAL
1042 Allston Rd
Cleveland Hts, OH 44121


MALNAR, STACIE
38232 UNION STREET
WILLOUGHBY, OH 44094

Manion Plumbing, Inc
19 Cooper Road
Venetia, PA 15367


Marky's
1000 NW 159th Drive
Miami, FL 33169


MATHIS, HANAEL
449 Eddy Rd
Cleveland, OH 44108


MATTHEWS, HARRISON
1524 EAST 118TH STREET
CLEVELAND, OH 44106


Mattlin
7321 Shelford Drive
Solon, OH 44139


McCarthy Lebit LLP
101 W. Prospect Ave.  #1800
Cleveland, OH 44115


Meritech
4577 Hinckley Industrial Pkwy
Cleveland, OH 44109-6009


Meritech
4577 Hincklely Indus. Pkwy.
Cleveland, OH 44109-6009


Miami Beach Camber of Commerce
1920 Meridian Ave, 3rd Fl.
Miami Beach, FL 33139


MIHESAN, JOY
14083 HOLLAND
BROOKPARK, OH 44142


Mikuni
18818 13th Place South
Seatac, WA 98148

MILLER, AMANDA L
7753 BLACKFORD DRIVE
CHAGRIN FALLS, OH 44022


MOOD
P O Box 602777
Charlotte, NC 28260-2777


Morgan
201 E Lincoln St
Indianapolis, IN 46225


Morgan
2013 Columbus Road
Cleveland, OH 44113-3516


Morgan Services
2013 Columbus Rd
Cleveland, OH 44113-3516


MORRIS, KRISTY
9470 HINSDALE DR
CHARDON, OH 44024


Mowery
710 E Main St
Brownsburg, IN 46112


MYERS, MELISSA
1662 LONGWOOD DR
MAYFIELD HEIGHTS, OH 44124


Neofunds Postage
P O Box 30193
Tampa, FL 33630-3193


NETTLES, EARL E
4615 WOODLAND AVE APT 1138
CLEVELAND, OH 44104


Nou-veau Bistro
7590 Fredle Dr
Concord, OH 44077

NOUFER, ABRAM
4118 LOGANS WAY
PERRY, OH 44081


Oasis Window Cleaning
P.O. Box 16727
Rocky River, OH 44116


Ohio Bureau of Workers Compensation
Attn: Law Section Bankruptcy Unit
P.O. Box 15567
Columbus, OH 43215-0567


Ohio Dept of Commerce
Ohio Division of Liquor Control
6606 Tussing Road
Reynoldsburg, OH 43068-9005


Ohio Dept. of Jobs & Family Services
Attn: Collections Dept.
P.O. Box 182404
Columbus, OH 43218-2404


Ohio Dept. of Jobs & Family Services
Office of Legal Services
30 East Broad Street - 31st Floor
Columbus, OH 43215


Ohio Dept. of Taxation
Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH 43216-0530


One View Communications Inc.
8870 Darrow Rd #130
Twinsburg, OH 44087


Oracle
PO Box 203448
Dallas, TX 75320-3448


Oracle America
PO Box 44471
San Francisco, CA 94144-4471

Oracle America Inc
PO Box 203448
Dallas, TX 75320-3448


Orlando Baking
7777 Grand Avenue
Cleveland, OH 44104-3099


PALMERI, GINA M
7535 MAYFIELD ROAD
CHESTERLAND, OH 44026


Paragon
PO Box 645423
Pittsburgh, PA 15264


Park Street Import
1000 Brickell Ave, Ste 915
Miami, FL 33131


PASQUARELLA, JOSEPH
17600 DETROIT AVE Apt 111
LAKEWOOD, OH 44107


PCG Computers Inc
23250 Chagrin Blvd, Ste 200
Cleveland, OH 44122


PCG Computers, Inc.
Commerce Park Five
23250 Chagrin Blvd., #200
Cleveland, OH 44122


PEAK, LEARRON
3659 E 117ST
CLEVELAND, OH 44105


Peoples
PO Box 644760
Pittsburgh, PA 15264-4760


Perfect Solution Landscaping
32099 Gates Mills Blvd
Pepper Pike, OH 44124

PETRONE, RYAN
17195 Penny Lane
Chagrin Falls, OH 44023


Piazza Produce
PO Box 68931
Indianapolis, IN 46268-0931


Pittsburgh Magazine
PO Box 644572
Pittsburgh, PA 15264-4572


Pittsburgh Penguins
PPG Paints Arena
1001 Fifth Ave
Pittsburgh, PA 15219


Pivot Marketing
646 Virginia Avenue
Indianapolis, IN 46203


POOLE, JUNE E
6795 KIRKWOOD DRIVE
MENTOR, OH 44060


POTONAK, LILY
5153 SHEPHERDS GLEN
WILLOUGHBY, OH 44094


Premier Produce
4500 Willow Pkwy
Cuyahoga Falls, OH 44125


Prime Line Distributors
2800 SW 42nd St
Fort Lauderdale, FL 33312


Principal Financial Group
Grand Island
PO BOX 14513
Des Moines, IA 50306-3513

```
Principal Life
Grand Island
PO Box 14513
Des Moines, IA 50306-3513


Principal Life
Group, Grand Island
P O Box 14513
Des Moines, IA 50306-3513


Principal Life
Grand Island
P O Box 14513
Des Moines, IA 50306-3513


Prographic Systems
13000 S. Tryon St., #F-277
Charlotte, NC 28278


PRYOR, COLIN
4109 Bushnell Rd
University Hts, OH 44118


RADFORD, JACK
29325 EDGEDALE RD
PEPPER PIKE, OH 44124


RADFORD, MASON
29325 EDGEDALE RD
PEPPER PIKE, OH 44124


RAPP, DUNCAN
6749 CEDARWOOD TRACE
MIDDLEBURG HEIGHTS, OH 44130


Krystal Ratcliffe
2574 Friar Dr.
Cleveland, OH 44134


Red Pinecrest LLC
3355 Richmond Rd.
Beachwood, OH 44122
```

Red Pittsburgh LLC
3355 Richmond Rd.
Beachwood, OH 44122


Red Restaurant Group LLC
3355 Richmond Rd.
Beachwood, OH 44122


Red Rosso Boca Raton, LLC
3355 Richmond Rd.
Beachwood, OH 44122


Red South Beach LLC
119 Washington Ave., Ste 403
Miami Beach, FL 33139


Regional Income Tax Agency
10107 Brecksville Road
Brecksville, OH 44141


Regional Income Tax Agency
P.O. Box 94951
Cleveland, OH 44101-4951


REMINICK, JAIMIE
2031 E 228TH STREET
EUCLID, OH 44117


REMINICK, LAUREN
6566 IROQUOIS TRAIL
MENTOR, OH 44060


Republic National
441 se 12th ave
Deerfield Beach, FL 33442


Responsible Vendors
PO Box 69-2982
Miami, FL 33269


RITER, FREDERIC C
530 TIOGA TRAIL
WILLOUGHBY, OH 44094

ROBINSON, ALFRED
8961 SW 208 Terrace
Cutler Bay, OH 33189


RODRIGUEZ, OBISPO
3102 ARCHWOOD AVE APT 302
CLEVELAND, OH 44109


ROGERS, EDGAR C
3659 E 117ST
CLEVELAND, OH 44105


Roka Farms
6845 Masschusetts Ave.
Indianapolis, IN 46226


ROMAN, ALEXANDER
1602 CASTLE AVE
CLEVELAND, OH 44113


Roto Rooter
5672 Collections Ctr. Drive
Chicago, IL 60693


Royal Cup Coffee
PO Box 206011
Dallas, TX 75320-6011


RYDER, SARAH
5699 SHAWNEE DRIVE
LYNDHURST, OH 44124


Sani Products Pest Control
842 East Ohio Street
Pittsburgh, PA 15212


SAVELLI, LISA
10297 CHRISTINA DRIVE
KIRTLAND, OH 44094


Angelica Sbai
34580 Law Rd.
Grafton, OH 44044

SCHUENEMAN, MARK
5915 RIDGEWOOD AVE
PARMA, OH 44129


SHACKLEFORD, DARRYL
25000 ROCKSIDE APT 527
BEDFORD, OH 44146


SHORTS, DANIEL
3999 East 147th St
Cleveland, OH 44105


Shred-it
23166 Network Place
Chicago, IL 60673-1252


Shutts and Bowen
200 South Biscayne Blvd
Sutie 4100
Miami, FL 33131


Skoda Minotti
6685 Beta Drive
Mayfield Village, OH 44143


Skoda,Minotti
6685 Beta Drive
Mayfield Village, OH 44143


Sky Builders
2735 Sinton Place
Pepper Pike, OH 44124


Solstice
2333 St. Clair Ave.
Cleveland, OH 44114


Southern Florida Concierge
P.O. Box 630366
Miami, FL 33163


Southern Glazers
4224 S. Florida Ave.
Lakeland, FL 33813

SRNOVRSNIK, KATIE M
1300 W 9TH ST
CLEVELAND, OH 44113


Staples
PO Box 105638
Atlanta, GA 30348-5638


Staples Advantage
PO Box 105638
Atlanta, GA 30348-5638


State Cleaning Solutions
PO Box 77012
Cleveland, OH 44194-7012


State of Ohio c/o Attorney General
Collection Enforcement Section
Attn: Bankruptcy Staff
150 E. Gay St., 21st Floor
Columbus, OH 43215


Steel City Traps
3608 Spring Garden Rd
Pittsburgh, PA 15212


Strassman Ins
26351 Curtiss-Wright Pkwy.
Richmond Heights, OH 44143


Strassman Insurance
26351 Curtiss-Wright Pkwy
Richmond Hts, OH 44143


Strassman Insurance
26351 Curtiss-Wright Pkwy.
Richmond Heights, OH 44143


Strassman Insurance
26351 Curtiss-Wright Parkway
Richmond Heights, OH 44143


SULZER, SUMMER
90 FARWOOD DR
MORELAND HILLS, OH 44022

Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384-9211


Susquehanna
2 Great Valley Pkwy
Suite 300
Malvern, PA 19355


Sutton-Garten Company
901 North Senate Ave
Indianapolis, IN 46202-3029


Sysco
PO Box 1000
Harmony, PA 16037-1000


Sysco
4000 W 62nd St
Indianapolis, IN 46268


Sysco Food
P O Box 94570
Cleveland, OH 44101-9804


Sysco Food Services - South FL
PO Box 64000 - A
Miami, FL 33164


TALARCZYK, PATRICIA
5596 MEADOW WOOD BLVD
LYNDHURST, OH 44124


Team 360
51 Koweba Lane
Indianapolis, IN 46201


Team Clean PGH
240 Executive Dr.
PO BOX 1499
Cranberry Twp, PA 16066


TECO
PO Box 31017
Tampa, FL 33631

TERRY, STEPHANIE
1042 Allison Rd
Cleveland Hts, OH 44121


The Art of Clean Inc
5602 Elmwood Ave, Ste 218
Indianapolis, IN 46203


The Chef Agency
275 Madison Avenue
24th Floor
New York, NY 10016


The Chef's Warehouse of Florida
PO Box 32187
New York, NY 10087-2187


The CitiView Publications
PO Box 447
Floyds Knobs, IN 47119


Thunder Tech
3635 Perkins Ave. 5SW
Cleveland, OH 44114


Thunder Tech
3635 Perkins Ave
Cleveland, OH 44114


Total Line Refridgeration
33530 Pin Oak Pkwy
Avon Lake, OH 44012


Total Line Refrigeration
33530 Pin Oak Parkway
Avon Lake, OH 44012


TOTH, BRADFORD
30301 Barjode Rd
Willowick, OH 44095


Tower IV LLC
6140 Parkland Blvd., Suite 300
Mayfield Heights, Ohio 44124-0000

```
TriMark SS Kemp - Cleveland
PO Box 536326
Pittsburgh, PA 15253-5905


TriMark SS-Kemp
PO Box 536326
Pittsburgh, PA 15253-5905


TriMark/SS Kemp
P.O. Box 536326
Pittsburgh, PA 15253-5905


TYLKA, TIMOTHY A
105007 LAKE AVE Apt 406
CLEVELAND, OH 44102


U.S. Bank
PO Box 790448
St. Louis, MO 63179-0448


U.S.A. - c/o U.S. Atty. Gen.
Main Justice Building
10th & Constitution Aves., NW
Washington, DC 20535


U.S.A. - c/o U.S. District Atty.
Carl B. Stokes U.S. Court House
801 West Superior Ave., Suite 400
Cleveland, OH 44113-1852


UMANSKY, JEREMY
2850 EAST DERBYSHIRE RD
CLEVELAND HTS, OH 44118


United Air Specialists, Inc
PO Box 409825
Atlanta, GA 30384-9825


United Health Care
PO Box 94017
Palatine, IL 60094-4017


URSETTI, PAIGE
3880 Wiltshire Rd
Moreland Hills, OH 44022
```

Vacmaster
5200 W. 106th St.
Overland Park, KS 66212


Vanco
8025 Castleway Drive
Indianapolis, IN 46250


VANCUREN, MICHAEL
24000 EDGEHILL DR
BEACHWOOD, OH 44122


Vend Lease
8100 Sandpiper Cir
Suite 300
Baltimore, MD 21236


Vigeo Gardens
526 S Main St, Ste 311
Akron, OH 44311


Visit Indy
200 South Capitol Avenue, Suite 300
Indianapolis, IN 46225-1063


Vital Recovery Services LLC
PO Box 923747
Peachtree Cors., GA 30010-3747


VOJTKOFSKY, DONALD
5920 HIGHLAND RD
CLEVELAND, OH 44143


Voyles Vaina Lukemeyer Baldwin & Webb
3257 N Pennsylvania St
Indianapolis, IN 46205


W.F. Hann & Sons
26401 Miles Rd.
Warrensville Heights, OH 44128


Wallace Floral
138 Virginia Ave.
Pittsburgh, PA 15211

WASHINGTON, SHERWIN
3759 Salisbury St
South Euclid, OH 44121


Westminster Technologies, LLC
1702 St Clair Ave
Cleveland, OH 44114


WILLIAMS, DERRICK
17203 WALDEN AVE
CLEVELAND, OH 44128


WILLIAMS, DONALD
22471 Arms Ave
Euclid, OH 44123


WILLIAMS, RAMON
3332 EAST 145TH KINSMAN
CLEVELAND, OH 44108


WOLFORD, HANNAH
452 Bishop Rd
Highland Hts, OH 44143


WOOLF, KATHLEEN
20982 South Woodland Ave
Shaker Hts, OH 44122


Yantra 119
119 Washington Ave.
Maimi Beach, FL 33139


YTL Red Cleveland, LLC
6 Foxwood Lane
Cleveland, OH 44124


Zashin & Rich
55 Public Sq., 4th Flr.
Cleveland, OH 44113


ZWEIG, ALEXA
30640 Stillwater Lane
Solon, OH 44139

# United States Bankruptcy Court
## Northern District of Ohio

In re    **BJRP LLC** _____   Case No. _____

                     Debtor(s)        Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **BJRP LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **September 28, 2018** | **/s/ Richard A. Baumgart (0002664)** |
| Date | **Richard A. Baumgart (0002664)** |
| | Signature of Attorney or Litigant |
| | Counsel for    **BJRP LLC** |
| | **Dettelbach, Sicherman & Baumgart** |
| | **55 Public Square, 21st Floor** |
| | **Cleveland, OH 44113-1902** |
| | **216-696-6000 Fax:216-696-3338** |
| | **rbaumgart@dsb-law.com** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. _____ |
| | ) | |
| **BJRP LLC** | ) | Chapter **11** |
| | ) | |
| Debtor(s) | ) | Judge _____ |
| | ) | |
| | ) | **DECLARATION RE: ELECTRONIC** |
| | ) | **FILING OF DOCUMENTS AND** |
| | ) | **STATEMENT OF SOCIAL SECURITY** |
| | ) | **NUMBER** |

### Part I - Declaration of Petitioner

I [We] __**Brad Friedlander**__ and _____, the undersigned debtor(s), ***hereby declare under penalty of perjury*** that the information I have given my petition and the information provided in the electronically filed petition, statements, and schedules, as well as in any other documents that must contain original signatures, is true, correct, and complete. I consent to my attorney sending my petition, this declaration, statements, and schedules, and any other documents that must contain original signatures, to the United States Bankruptcy Court. THE DECLARATION RE: ELECTRONIC FILING shall be filed the same day the petition is filed.

I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11 of the United States Code, understand the relief available under each chapter, and choose to proceed under the chapter specified in the petition.

I [We] ***further declare under penalty of perjury*** that [*check appropriate box(es)*]:

- ☐ The Social Security Number that I, have given to my attorney, which will be submitted to the Court as part of the electronic case opening process, is true, correct, and complete.
- ☐ I, the Debtor, do not have a Social Security Number.
- ☐ The Social Security Number that I, the Joint Debtor, have given to my attorney, which will be submitted to the Court as part of the electronic case opening process, is true, correct, and complete.
- ☐ I, the Joint Debtor, do not have a Social Security Number.

- ☑ [*Check box if petitioner is a corporation or partnership*] I declare under penalty of perjury that the information provided in the petition is true, correct, and complete, and that I have been authorized to file the petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Dated: __**September 28, 2018**__ Signed: _____
**Brad Friedlander/CEO**

### Part II - Declaration of Attorney

I ***declare under penalty of perjury*** that I have reviewed the above debtor's petition and that the information is complete and correct to the best of my knowledge. The debtor(s) will have signed this form before I submit the petition, schedules, and statements, or any other documents that must contain original signatures. I will give the debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court, and have followed all other requirements of Local Bankruptcy Rule 5005-4 and the Electronic Case Filing (ECF) Administrative Procedures Manual. I further declare that I have examined the above debtor's petition, schedules, and statements, and any other documents that must contain original signatures, and to the best of my knowledge and belief, they are true, correct, and complete. If an individual, I further declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of Title 11, United States Code, and have explained the relief available under each such chapter. This declaration is based on all information of which I have knowledge. I understand that failure to file the signed original of this DECLARATION will cause this case to be dismissed.

Dated: __**September 28, 2018**__

_____
**Richard A. Baumgart (0002664)**
Attorney for Debtor(s)